UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ZENAIDA PEREZ, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 1:25-cv-02126 |
| v. ) | |
| ) | |
| FAIRFAX COUNTY PUBLIC ) | |
| SCHOOLS, et al. ) | |
| ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Micah E. Ticatch of the law firm of IslerDare, P.C., who is a member in good standing of the Virginia Bar, hereby enters his appearance in the above-titled action on behalf of Defendants Fairfax County Public Schools, Montell Brown, Chad Lehman, Erik Healey, and Michelle Reid.

Dated: November 21, 2025                                       Respectfully submitted,

*/s/ Micah E. Ticatch*
Micah E. Ticatch, Va. Bar No. 83351
IslerDare, P.C.
1945 Old Gallows Road, Suite 650
Vienna, VA 22182
Phone: (703) 748-2690
Fax: (703) 748-2695
mticatch@islerdare.com

*Counsel for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November 2025, I will file the foregoing through the Court's ECF system, which will send a copy to the following counsel of record:

Monique A. Miles, Esq.
Old Towne Associates, P.C.
201 N. Union Street
Suite 110
Alexandria, VA 22314
mmiles@oldtowneassociates.com

Steven H. Aden, Esq.
Americans United for Life
1150 Connecticut Ave., N.W. Ste. 500
Washington, DC 20036
Steven.Aden@aul.org

*Counsel for Plaintiff*

/s/ Micah E. Ticatch
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690 (main)
(703) 748 2695 (fax )
mticatch@islerdare.com

*Counsel for Defendants*