UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ZENAIDA PEREZ, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>FAIRFAX COUNTY SCHOOL )<br>BOARD, et al. )<br>)<br>)<br>*Defendants.* )<br>) | Case No. 1:25-cv-02126-AJT-IDD |

**UNOPPOSED AND JOINT MOTION FOR EXTENSION OF TIME**

Defendants Fairfax County School Board, Montell Brown, Chad Lehman, Erik Healey, and Michelle Reid (together "Defendants"), and Plaintiff Zenaida Perez ("Plaintiff") (collectively "Parties"), through their respective counsel, with no opposition by Plaintiff (as to extension of Defendants' deadline for filing a responsive pleading) and jointly (as to extension of the parties' briefing schedule on Defendants' anticipated Motion to Dismiss) hereby move the Court for entry of an Order extending the applicable deadlines as follows:

1. Defendants removed this case from Fairfax County Circuit Court to this Court on November 21, 2025.

2. On November 25, 2025, Plaintiff filed an Amended Complaint.

3. Accordingly, under the Federal Rules of Civil Procedure, Defendants must file and serve their responsive pleadings to the Amended Complaint on or before December 9, 2025.

4. Defendants have notified Plaintiff that they intend to file a Motion to Dismiss in response to the Amended Complaint.

5. If Defendants file their Motion to Dismiss on December 9, 2025, according to Local

1

Civil Rule 7(F), Plaintiff's Opposition would be due on or before December 23, 2025, and Defendants' Reply would be due on or before December 30, 2025.

6. Given that these deadlines coincide with upcoming holidays, during which counsels' respective offices will be closed, Defendants have requested, and Plaintiff does not oppose, an extension of the date by which the Defendants must file a responsive pleading; and further, the Parties jointly respectfully request an extension of briefing deadlines associated with the anticipated Motion to Dismiss.

7. Specifically, the Parties request that Defendants' deadline to file their Motion to Dismiss be extended to <u>December 19, 2025</u>, that Plaintiffs' Opposition deadline be extended to <u>January 14, 2026</u>, and that Defendants' Reply deadline be extended to <u>January 23, 2026</u>. After conferring with counsel as to availability, Defendants intend to notice a hearing on the Motion to Dismiss for <u>Wednesday, February 11, 2026</u>.

8. The Parties have not previously filed a motion to extend the time to file pleadings in this matter.

9. Granting this Motion will not delay the efficient and timely adjudication of this action and will not prejudice any party.

10. This Motion is made in good faith and not for the purposes of delay.

11. The Parties waive oral argument on this Motion.

WHEREFORE, the Parties, by counsel, respectfully move the Court to issue an Order establishing the following deadlines:

| | |
|---|---|
| Defendants' Motion to Dismiss (MTD) and Supporting Memorandum due | December 19, 2025 |
| Plaintiffs' Opposition Brief to MTD due | January 14, 2026 |
| Defendants' Reply Brief due | January 23, 2026 |

A proposed Order is being filed simultaneously.

Dated: December 5, 2025

Respectfully submitted,                           Respectfully submitted,


*/s/ Monique A Miles\**                           */s/ Edward Lee Isler*
Monique A. Miles, Va. Bar No. 78828               Edward Lee Isler, Va. Bar No. 27985
OLD TOWNE ASSOCIATES, P.C.                        Micah E. Ticatch, Va, Bar No. 83351
201 N. Union Street                               ISLER DARE, P.C.
Suite 110                                         1945 Old Gallows Road, Suite 650
Alexandria, VA 22314                              Vienna, Virginia 22182
mmiles@oldtowneassociates.com                     (703) 748-2690 (main)
                                                  (703) 748 2695 (fax )
Steven H. Aden, Esq. Va. Bar No. 48036            eisler@islerdare.com
AMERICANS UNITED FOR LIFE                         mticatch@islerdare.com
1150 Connecticut Ave., N.W. Ste. 500
Washington, DC 20036                              M. Sean Royall, *admitted pro hac vice*
Steven.Aden@aul.org                               Lucas M. Fields, *admitted pro hac vice*
                                                  Zoe M. Beiner, *admitted pro hac vice*
*Counsel for Plaintiff*                           KING & SPALDING LLP
                                                  1700 Pennsylvania Avenue, NW,
*\*Signed electronically with*                    Suite 900
*permission of counsel*                           Washington, D.C. 20006
                                                  (202) 626-2994
                                                  sroyall@kslaw.com
                                                  lfields@kslaw.com
                                                  zbeiner@kslaw.com
                                                  jmathew@kslaw.com

                                                  *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of December 2025, I will file the foregoing through the Court's ECF system, which will send a copy to the following counsel of record:

Monique A. Miles, Esq.
Old Towne Associates, P.C.
201 N. Union Street
Suite 110
Alexandria, VA 22314
mmiles@oldtowneassociates.com


Steven H. Aden, Esq.
Americans United for Life
1150 Connecticut Ave., N.W. Ste. 500
Washington, DC 20036
Steven.Aden@aul.org

*Counsel for Plaintiff*

/s/ Edward Lee Isler
Edward Lee Isler, VA Bar No. 27985
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690 (main)
(703) 748 2695 (fax )
eisler@islerdare.com

*Counsel for Defendants*