UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ZENAIDA PEREZ, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 1:25-cv-02126-AJT-IDD |
| v. ) | |
| ) | |
| FAIRFAX COUNTY SCHOOL ) | |
| BOARD, et al. ) | |
| ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

**ORDER**

Upon consideration of the Parties' Unopposed and Joint Motion for Extension of Time ("Motion"), and for the good cause shown, it is hereby:

1. **ORDERED** that the Motion is **GRANTED**; and it is further

2. **ORDERED** that the Parties shall observe the following deadlines:

    Defendants shall file their Motion to Dismiss on or before December 19, 2025;

    Plaintiff shall file their Opposition on or before January 14, 2026; and

    Defendants shall file their Reply on or before January 23, 2026.

Entered this ___ day of December 2025.

_____
Hon. Anthony J. Trenga
United States District Judge