IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ZENAIDA PEREZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:25-cv-02126 (AJT/IDD) |
| | ) |
| FAIRFAX COUNTY SCHOOL BOARD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This matter is before the Court on Unopposed and Joint Motion for Extension of Time ("Motion") [Dkt. No. 10]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is **GRANTED in part and DENIED in part.** Defendants shall file their Motion to Dismiss no later than December 16, 2025. It is further

ORDERED that Plaintiff's opposition brief to the Motion to Dismiss will be due no later than January 7, 2026. It is further

ORDERED that Defendants' reply brief in support of their Motion to Dismiss will be due no later than January 13, 2026.

ENTERED this 9th day of December 2025.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia