UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **ZENAIDA PEREZ,** | ) |
| *Plaintiff,* | ) |
| v. | ) |
| **FAIRFAX COUNTY SCHOOL BOARD,** | ) |
| **MONTELL BROWN**, individually and in his official capacity as Assistant Principal of Centreville High School, | ) Case No. 1:25-cv-2126-AJT-IDD |
| **CHAD LEHMAN**, individually and in his official capacity as Former Principal of Centreville High School, | ) |
| **ERIK HEALEY**, individually and in his official capacity as Principal of Centreville High School, | ) |
| **MICHELLE REID**, individually and in her official capacity as Superintendent of Fairfax County Public Schools, | ) |
| *Defendants.* | ) |

## MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STRIKE

Pursuant to Rules 12(b)(1) and 12(b)(6), Defendants, Fairfax County School Board, Mr. Montell Brown, Mr. Chad Lehman, Dr. Erik Healey, and Dr. Michelle Reid (collectively, "Defendants"), by and through their undersigned counsel, hereby move this Court for an order dismissing this action with prejudice or, in the alternative, striking certain language from the First Amended Complaint. As grounds for its Motion, Defendants state as follows:

1. The Fist Amended Complaint purports to state causes of action for Retaliation under the Virginia Whistleblower Protection Act ("VWPL") (Count I), Defamation Per Se (Count II), Violations of the Right to Free Speech / Retaliation under Article 1, Section 12 of the

Virginia Constitution (Count III), and Violations of the Right to Free Speech / Retaliation under the First Amendment of the United States Constitution (Count IV). All four counts arise out of Defendants' efforts to fulfill their duty of providing appropriate scrutiny and oversight of a teacher who has engaged in patterns of misconduct, at times violating school rules and disregarding direction from her superiors.

2. Plaintiff fails to state a claim for retaliation in violation of the Virginia Whistleblower Protection Act, Va. Code § 40.1-27.3, against the School Board (Count I) because the School Board has sovereign immunity and because the statute applies only to "employers," which for purposes of the statute does not include Virginia school boards and other Commonwealth subdivisions.

3. Plaintiff fails to state a claim for Defamation *Per Se* (Count II) because Plaintiff fails to plead defamatory statements, Defendants have sovereign immunity, Defendants have statutory Anti-SLAPP immunity, and the alleged statements are subject to qualified privilege.

4. Plaintiff fails to state a claim for Free Speech / Retaliation under Article 1, Section 12 of the Virginia Constitution (Count III) because her claim is further barred by sovereign immunity.

5. Plaintiff fails to state a claim for Free Speech / Retaliation under the First Amendment of the U.S. Constitution (Count IV) because she has failed to demonstrate that she engaged in protected speech on matters of genuine public concern, and based on the doctrines of official and qualified immunity.

6. In the alternative, Plaintiff's immaterial and impertinent attacks on Defendants' counsel should be stricken from Plaintiff's First Amended Complaint.

WHEREFORE, and for the reasons set forth more fully in the accompanying Memorandum of Law in Support of its Motion to Dismiss or, in the Alternative, to Strike, Defendants respectfully requests that the Court grant this Motion and enter an Order dismissing this action with prejudice or, in the alternative, that language be stricken from the First Amended Complaint.

Dated: December 16, 2025

Respectfully submitted,

/s/ Edward Lee Isler
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: eisler@islerdare.com
Email: mticatch@islerdare.com
*Counsel for Defendants*

M. Sean Royall, *pro hac vice*
Lucas M. Fields, *pro hac vice*
Zoe M. Beiner, *pro hac vice*
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
(202) 626-2994
sroyall@kslaw.com
lfields@kslaw.com
zbeiner@kslaw.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of December 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

>Monique A. Miles, Esq.
>Old Towne Associates, P.C.
>201 N. Union Street
>Suite 110
>Alexandria, VA 22314
>mmiles@oldtowneassociates.com
>
>Steven H. Aden, Esq.
>Americans United for Life
>1150 Connecticut Ave., N.W. Ste. 500
>Washington, D.C. 20036
>Steven.Aden@aul.org
>
>*Counsel for Plaintiff*

>>/s/ Edward Lee Isler
>>Edward Lee Isler, Va. Bar No. 27985
>>ISLER DARE, P.C.
>>1945 Old Gallows Road. Suite 650
>>Vienna, Virginia 22182
>>Phone: (703) 748-2690
>>Facsimile: (703) 748-2695
>>Email: eisler@islerdare.com
>>*Counsel for Defendants*