UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ZENAIDA PEREZ, | ) |
|    *Plaintiff,* | ) ) ) ) |
| v. | ) ) |
| FAIRFAX COUNTY SCHOOL BOARD, *et al.* | ) ) ) |
|    *Defendants.* | ) ) |

Case No. 1:25-cv-2126-AJT-IDD

**ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STRIKE**

Upon consideration of the Motion by Defendants to Dismiss or, in the Alternative, to Strike Plaintiff's First Amended Complaint (the "Motion"), any opposition and/or reply filed in connection therewith, and the argument of counsel, it is hereby

**ORDERED** that the Motion is **GRANTED**. It is hereby further

**ORDERED** that this action is hereby dismissed with prejudice.


Dated: _____, 2026

_____

Alexandria, Virginia

Hon. Anthony J. Trenga
United States District Court for the
Eastern District of Virginia