UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **ZENAIDA PEREZ,** | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) |
| **FAIRFAX COUNTY SCHOOL BOARD,** | ) ) ) |
| **MONTELL BROWN**, individually and in his official capacity as Assistant Principal of Centreville High School, | ) ) ) )     Case No. 1:25-cv-2126-AJT-IDD |
| **CHAD LEHMAN**, individually and in his official capacity as Former Principal of Centreville High School, | ) ) ) ) |
| **ERIK HEALEY**, individually and in his official capacity as Principal of Centreville High School, | ) ) ) ) |
| **MICHELLE REID**, individually and in her official capacity as Superintendent of Fairfax County Public Schools, | ) ) ) ) |
| *Defendants.* | ) ) |

**DECLARATION OF LUCAS M. FIELDS IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STRIKE**

I, Lucas M. Fields, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner in the law firm of King & Spalding LLP, am counsel of record in this action for Defendants, and have personal knowledge of the facts stated herein. I submit this declaration in support of Defendants' Motion to Dismiss or, in the Alternative, to Strike.

2. Attached hereto as Exhibit A is a true and correct copy of Fairfax County Public Schools' ("FCPS") *Response to September 22, 2025, Letter*, submitted to the Senate Committee

on Health, Education, Labor, and Pensions ("HELP") on October 16, 2025, available at https://www.fcps.edu/system/files/forms/2025-10/2025.10.16_ltr_to_b_cassidy.pdf.

3. Attached hereto as Exhibit B is a true and correct copy of FCPS's *Response to September 29, 2025, Letter*, submitted to the Department of Education ("DOEd") on October 16, 2025, available at https://www.fcps.edu/system/files/forms/2025-10/2025_10_16_letter_to_frank_miller.pdf.

4. Attached hereto as Exhibit C is a true and correct copy of Appendices A & B to the responses submitted to the U.S. Senate HELP Committee and the DOEd on October 16, 2025, available at each of the hyperlinks provided in ¶¶ 3, 4.

5. Attached hereto as Exhibit D is a true and correct copy of a Letter from M. Reid titled *Important Update Regarding Centreville High School* on October 16, 2025, available at https://www.fcps.edu/news/important-update-regarding-centreville-high-school.

6. Attached hereto as Exhibit E is a true and correct copy of correspondence between S. Royall, S. Aden, and M. Miles between October 1 and 3, 2025.

7. Attached hereto as Exhibit F is a true and correct copy of correspondence between S. Royall, S. Aden, and M. Miles between October 23 and 24, 2025.

8. Attached hereto as Exhibit G is a true and correct copy of correspondence between C. Lehman and Z. Perez between November 20 and 21, 2025.

9. Attached hereto as Exhibit H is a true and correct copy of the following Substack article:  Walter Curt, *Bolted Doors and Broken Laws*, W.C. Dispatch (Aug. 5, 2025), available at https://www.wcdispatch.com/p/bolted-doors-and-broken-laws.

10. Attached hereto as Exhibit I is a true and correct copy of FCPS Regulation 4444.4, available at https://go.boarddocs.com/vsba/fairfax/Board.nsf/files/DLBK9K50C951/$file/R4444.pdf.

11. Attached hereto as Exhibit J is a true and correct copy of a Summary Memorandum from M. Brown to Z. Perez on January 10, 2025.

12. Attached hereto as Exhibit J is a true and correct copy of a Letter from W. Fulton, Director, Office of Employee Relations, to K. Perez on October 20, 2025.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Dated: December 16, 2025

           /s/ Lucas M. Fields
Lucas M. Fields
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006