# EXHIBIT A

# KING & SPALDING

King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4707
Tel: +1 202 737 0500
Fax: +1 202 626 3737
www.kslaw.com

M. Sean Royall
Partner
Direct Dial: +1 202 626 2994
sroyall@kslaw.com

October 16, 2025

**VIA EMAIL AND FTP LINK**

The Honorable Bill Cassidy, M.D.
Chairman
Committee on Health, Education, Labor, and Pensions
United States Senate
Washington, D.C. 20510-6300

Re: Response to September 22, 2025, Letter

Dear Chairman Cassidy:

    This letter and enclosed information are submitted on behalf of our client, Fairfax County Public Schools ("FCPS" or "Division"), in response to your September 22, 2025, letter addressed to FCPS Superintendent Dr. Michelle C. Reid (the "Letter") posing questions regarding the Division's policies, procedures, and interim factual findings concerning student welfare and specific allegations related to staff conduct at Centreville High School ("CHS").

    FCPS is committed to safeguarding the well-being of all students, respecting parental rights, and maintaining the highest standards of professional and ethical conduct among our teachers and staff. In responding to the Committee's requests, FCPS has compiled two written submissions (Appendix A and B), along with accompanying documents.

    Please note that we are simultaneously responding to overlapping requests received from the Department of Education last month. In the interest of transparency, the same information that is hereby being provided by FCPS to the Committee is being simultaneously provided to the Department in compliance with their deadline (October 17). In places, we have called out that certain information is being provided in response to specific questions posed by the Committee or by the Department.

    Appendix A provides an overview of the interim findings of FCPS's still-ongoing external investigation. This narrative statement answers many of your questions, and we have sought to present the facts in an organized manner for ease of understanding. As you will see, the facts addressed span a multi-year time period. Internal documents supporting these interim

The Honorable Bill Cassidy, M.D.
October 16, 2025
Page 2 of 2

fact findings are cited and also attached, with redactions to protect the privacy of students and student families, in compliance with FCPS's legal obligations under the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g; 34 CFR Part 99 ("FERPA"), and the Health Insurance Portability and Accountability Act, 42 U.S.C. § 1320d, et seq. ("HIPAA"). These documents have been assigned production numbers (FCPS_CHS_00000001-FCPS_CHS_00001907) and can be accessed through the accompanying encrypted zip file. Appendix B sets forth various requested information concerning FCPS policies, regulations, and practices.

As noted, these responses reflect the interim findings of our still-ongoing fact review. These responses comprise the Division's good-faith effort to provide fulsome answers to the questions posed in the Committee's September 22, 2025, Letter, based on the information presently available to FCPS and its outside counsel, and reflecting the interim findings of FCPS's still-ongoing investigation. FCPS reserves the right to supplement this information as new facts come to light, subject to further discussions with your staff.

If the Committee has any questions regarding these responses, please do not hesitate to contact me at (202) 626 2994 or by email at sroyall@kslaw.com.

Sincerely,

M. Sean Royall

cc:     The Honorable Bernie Sanders, Ranking Member