# EXHIBIT B

# KING & SPALDING

King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4707
Tel: +1 202 737 0500
Fax: +1 202 626 3737
www.kslaw.com

M. Sean Royall
Partner
Direct Dial: +1 202 626 2994
sroyall@kslaw.com

October 16, 2025

**VIA EMAIL AND FTP LINK**

Frank E. Miller Jr.
Acting Director
Student Privacy Policy Office
U.S. Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202-8520
Email: PPRA.Complaints@ed.gov

**Re:   Response to September 29, 2025, Request (Case No. 25-0778)**

Dear Acting Director Miller:

    This letter and enclosed information are submitted on behalf of our client, Fairfax County Public Schools ("FCPS" or "Division"), in response to the Department of Education's ("Department") September 29, 2025, letter addressed to FCPS Superintendent Dr. Michelle C. Reid (the "Letter") posing questions regarding FCPS's compliance with the Protection of Pupil Rights Amendment ("PPRA"), policies on non-emergency invasive examinations or screenings, and procedures relating to the handling of sensitive medical services, including abortion-related referrals or procedures, for the 2021-22 through 2025-26 school years. These submissions are being provided in advance of your October 17, 2025 deadline for information.

    FCPS is committed to safeguarding the well-being of all students, respecting parental rights, and maintaining the highest standards of professional and ethical conduct among our teachers and staff. In responding to the Department's requests, FCPS has compiled two written submissions (Appendix A and B), along with accompanying documents.

    Please note that we are simultaneously responding to overlapping requests received from the Senate Committee on Health, Education, Labor and Pensions ("Committee") last month. In the interest of transparency, the same information that is hereby being provided by FCPS to the Department is being simultaneously provided to the Committee in compliance with their deadline (October 20). In places, we have called out that certain information is being provided in response to specific questions posed by the Department or by the Committee.

Acting Director Frank E. Miller Jr.
October 16, 2025
Page 2 of 2

      Appendix A provides an overview of the interim findings of FCPS's still-ongoing external investigation.  This narrative statement answers many of your questions, and we have sought to present the facts in an organized manner for ease of understanding.  As you will see, the facts addressed span a multi-year time period.  Internal documents supporting these interim fact findings are cited and also attached, with redactions to protect the privacy of students and student families, in compliance with FCPS's legal obligations under the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g; 34 CFR Part 99 ("FERPA") and the Health Insurance Portability and Accountability Act, 42 U.S.C. § 1320d, et seq. ("HIPAA").  These documents have been assigned production numbers (FCPS_CHS_00000001-FCPS_CHS_00001907) and can be accessed through the accompanying encrypted zip file.  Appendix B sets forth various requested information concerning FCPS policies, regulations, and practices.

      As noted, these responses reflect the interim findings of our still-ongoing fact review.  These responses comprise the Division's good-faith effort to provide fulsome answers to the questions posed in the Department's September 29, 2025, Letter, based on the information presently available to FCPS and its outside counsel, and reflecting the interim findings of FCPS's still-ongoing investigation.  FCPS reserves the right to supplement this information as new facts come to light, subject to further discussions with your staff.

      If the Department has any questions regarding these responses, please do not hesitate to contact me at (202) 626 2994 or by email at sroyall@kslaw.com.

      Sincerely,

      M. Sean Royall