# EXHIBIT D

# Important Update Regarding Centreville High School

By Dr. Michelle C. Reid | Superintendent's Messages

OCTOBER 16, 2025

Share Page 

▶ 0:00 / 2:02

Dear Centreville High School Staff and Families,

In early August, a teacher at Centreville High School publicly alleged that others at the school in the past have encouraged, facilitated, and even paid for student abortions without parental knowledge or consent. As I stated in a letter to the school community two days following these allegations, such behavior would never be acceptable in Fairfax County Public Schools (FCPS).

In the aftermath, Governor Youngkin directed the Virginia State Police to launch a criminal investigation. Subsequently, U.S. Senator Bill Cassidy, Chairman of the Senate Health, Education, Labor and Pension (HELP) Committee, sent a letter to FCPS requesting related information. At the same time, the U.S. Department of Education also submitted its own request.

FCPS is fully cooperating with these government investigations and today, to meet deadlines of the Senate HELP Committee and the U.S. Department of Education, we submitted detailed responses through outside legal counsel. We also provided the responses to the Virginia State Police. The following links go to FCPS' response to the Senate HELP Committee and the U.S. Department of Education.

Our external investigation is still ongoing, but new details have emerged providing a clearer picture of what happened. Based on the interim findings, which are deeply concerning, these 2021 allegations are likely untrue. We have an obligation to protect our staff from wrongful and unjustified accusations.

Our highest priority — now and always — is ensuring that each and every student in Fairfax County Public Schools can learn in a safe, healthy, and supportive environment.

We are grateful for the continued trust and partnership of our FCPS families, staff, and community as we work to uphold the highest standards of integrity and public service.

We will remain in the light. Our students and staff deserve nothing less.

Take good care,

*Michelle C. Reid*

Dr. Michelle C. Reid
Superintendent
Fairfax County Public Schools