# EXHIBIT E

| | |
|---|---|
| **From:** | Steven Aden |
| **To:** | Sean Royall |
| **Cc:** | Nema Milaninia; Monique Miles; Luke Fields |
| **Subject:** | Cancelling Meeting Set for this Afternoon |
| **Date:** | Friday, October 3, 2025 10:12:48 AM |
| **Attachments:** | image007.png |
| | image008.png |
| | image009.png |
| | image010.png |
| | image012.png |
| | image013.png |
| | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |

**CAUTION:** MAIL FROM OUTSIDE THE FIRM

Sean - Monique and I are cancelling the interview with Mrs. Perez set for this afternoon. Our discussion with you Wednesday and your email correspondence yesterday have raised questions for us about the purpose of this interview, since it's clear that your firm already has more than enough information to investigate this matter fully. An additional interview with Mrs. Perez would be unduly burdensome and emotionally difficult for her, and completely unnecessary given that she has already been interviewed twice by Fairfax County Public Schools hired counsel, copies of which you admit that you have. We respectfully submit that the focus of your investigation should be on the two student victims in this case and their legal guardians, who have not, to our knowledge, ever been contacted by FCPS. Your client presumably has contact information for these individuals, and so it concerns us that you expressed skepticism on the phone Wednesday that you would be able to locate and interview them. Additional sources of probative evidence would be the CHS employees themselves, including Carolina Diaz, George Michael Parker and Montel Brown, as well as the bank and financial records of Centerville High School and schedules of these employees in the time frame in question.

We remain willing to provide information related to your investigation, provided that it is not unduly burdensome to our client and not duplicative of information FCPS already has. You are welcome to submit written questions for Mrs. Perez and/or request documents, requests which she will answer through counsel in writing.

As a final note, please be assured that Mrs. Perez is cooperating fully with the criminal investigation being conducted by the Virginia State Police at the behest of Governor Youngkin, which includes providing all documents and evidence in her possession. An interview with our client is not your firm's "work product", nor do not believe it was appropriate for you to advise her, through counsel, that "Mrs. Perez should not be sharing FCPS confidential and privileged information with anyone, including Virginia State Police…."

Thank you for your understanding in this matter. We continue to look forward to working with your firm and cooperating with your investigation.

Regards,





**Steven H. Aden**
Chief Legal Officer & General Counsel

**m** 703-638-9731
1150 Connecticut Ave NW, Ste 500
Washington, DC 20036



---

**From:** Sean Royall <SRoyall@KSLAW.com>
**Date:** Thursday, October 2, 2025 at 6:17 PM
**To:** Monique Miles <mmiles@oldtowneassociates.com>, Luke Fields <LFields@KSLAW.com>
**Cc:** Steven Aden <steven.aden@aul.org>, Nema Milaninia <NMilaninia@kslaw.com>
**Subject:** RE: Privileged and Confidential -- Meeting

Monique (and Steve),

Thank you for the productive call yesterday, and for your efforts to facilitate us speaking with Mrs. Perez tomorrow.

I will leave it to Luke to coordinate further with Monique on logistics for getting to our offices, as needed, and do understand that Monique may need to start the meeting at 2:00, which is fine. There will be some snacks and coffee available as well. Steve, will you be participating or would you like to patch in by video? If so, we would be happy to send you a Teams invite. Nema will be joining by video, as he needs to be in New York tomorrow.

As discussed yesterday, we are all agreed that there will be no recording of the conversation tomorrow by anyone involved. Further, as we discussed yesterday, our focus in speaking with Mrs. Perez tomorrow will be on the allegations of school-facilitated, and school-funded, student abortions—which are the focus of the Senate committee and Department of Education demands that FCPS is now seeking to respond to. But we will also be happy to speak with Mrs. Perez at a later time, with your involvement, about any personnel concerns she may have, including any concerns about retaliation, bullying, or harassment, and we understood you to say yesterday that there may be a forthcoming complaint raising such concerns. If so, we will give timely attention to those issues after seeing the complaint.

To that end and to ensure our time together is as efficient as possible, we ask that you please send us in advance all relevant documents and recordings that Ms. Perez has compiled and has in her possession. The list below includes the items we are currently aware of based on Mrs. Perez's discussion with Mary McGowan and other statements she has made in the press or on social media, although we understand she may have other relevant materials as well, and we would like to have access to everything she may have.

**Recordings**

- ███████████████████████████
- █████████████████████
- ███████████████
- ██████████████████████
- ████████████████████████████
- ██████████████████████
- Any other recordings with students, their parents/guardians, or others relevant to her underlying allegations

**Documents**

- ████████████████████████████
- ██████████████████████
- ██████████████████████████████
- ████████████████████████
- Any other statements with students, their parents/guardians, or others relevant to her underlying allegations

If Mrs. Perez has other relevant written communications with these or other students or their guardians of relevance to these issues, including via Facebook messenger, text messages, and emails, we would appreciate those also being provided.

You asked whether we could provide you with the recording of Mary McGowan's interview with Mrs. Perez. We regard that interview recording as privileged attorney work product. The recording also contains privacy-protected student information. FCPS does not have a practice of sharing this type of attorney work product with staff. But we also understand from you that Mrs. Perez may have also recorded this interview session herself, unbeknownst to Mrs. McGowan. If true, we do not know why you would need access to the separate recording of the same interview made by Mrs. McGowan on FCPS's behalf.

A separate issue, which we can discuss further tomorrow, is that Mrs. Perez should not be sharing FCPS confidential and privileged information with anyone, including Virginia State Police, other than her attorneys—and we would like to have clear assurances from you, as her counsel, that you will continue to protect the confidential nature of any such information. If the State Police would like to obtain recordings or other information from FCPS, they need to direct their requests to FCPS, through counsel.

There is particular sensitivity here, again, because of the student-identifying information contained in the interview recording. FCPS's legal department, to comply with its legal obligations under FERPA, and more generally out of concern to protect student privacy, takes various precautions when providing information to government investigators. If Mrs. Perez recorded this privileged interview and then provided that recording to the State Police, this raises a number of concerns and we may

need to reach out to the State Police to address this.  It would be very helpful if we could speak to you at some point tomorrow about the proper ground rules here, in part to ensure that Mrs. Perez complies with her employment obligations.

Please let us know if you have any questions about the above. We look forward to seeing you and Mrs. Perez tomorrow.

Sean

---

### M. Sean Royall
*Partner*

T: +1 214 764 4417  |  E: SRoyall@KSLAW.com  |  Bio  |  vCard

2601 Olive Street          1700 Pennsylvania Avenue, NW
Suite 2300                 Suite 900
Dallas, Texas 75201        Washington, D.C. 20006



kslaw.com

---

**From:** Monique Miles <mmiles@oldtowneassociates.com>
**Sent:** Thursday, October 2, 2025 6:43 AM
**To:** Sean Royall <SRoyall@KSLAW.com>; Luke Fields <LFields@KSLAW.com>
**Cc:** Steven Aden <steven.aden@aul.org>
**Subject:** Re: Privileged and Confidential -- Meeting

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Sean:

I will need to push our meeting to 2pm tomorrow, as I had previously scheduled a call with opposing counsel in another case that wasn't updated on my calendar.  My plan is to be at your offices by 1:20pm to take the call, which will likely end early. We can start the meeting with you afterwards.

Regards,

Monique

**Monique A. Miles, Esq.**

Old Towne Associates, P.C.

Attorneys at Law

201 N. Union Street, Suite 110

Alexandria, VA 22314

Phone: 703-519-6810

mmiles@oldtowneassociates.com

http://oldtowneassociates.com

Twitter

Visit our Facebook Profile



THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, forwarding, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail or telephone, and delete the original message immediately. Thank you.

---

**From:** Sean Royall <SRoyall@KSLAW.com>
**Sent:** Wednesday, October 1, 2025 4:11 PM
**To:** Monique Miles <mmiles@oldtowneassociates.com>; Luke Fields <LFields@KSLAW.com>
**Cc:** Steven Aden <steven.aden@aul.org>
**Subject:** RE: Privileged and Confidential -- Meeting

Thank you, Monique.

I have dropped Mrs. Perez and John Foster for now. We would welcome meeting with you and Mrs. Perez on Friday at 1:30. Would you want to meet at your offices in Alexandria? Alternatively, we could host the meeting in our DC offices or Tysons Corner offices.

Also, will you be joining the call with Steve at 5:00 pm today?

Sean

---

**From:** Monique Miles <mmiles@oldtowneassociates.com>
**Sent:** Wednesday, October 1, 2025 2:13 PM
**To:** Sean Royall <SRoyall@KSLAW.com>; Luke Fields <LFields@KSLAW.com>
**Cc:** Steven Aden <steven.aden@aul.org>; Perez, Zenaida <zdperez@fcps.edu>; jefoster <jefoster@fcps.edu>
**Subject:** Re: Privileged and Confidential -- Meeting

| **CAUTION: MAIL FROM OUTSIDE THE FIRM** |
|---|

Sean and Luke:

I am available after 1:30pm this Friday due to prior meeting commitments. I have depositions scheduled for 10/6 from 9:30am until 3:30pm, so that day does not work for me. Please let us know if there are other agreeable times for us to have the meeting.

Monique

**Monique A. Miles, Esq.**

Old Towne Associates, P.C.
Attorneys at Law
201 N. Union Street, Suite 110
Alexandria, VA 22314
Phone: 703-519-6810
mmiles@oldtowneassociates.com
http://oldtowneassociates.com
Twitter
Visit our Facebook Profile



THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT