# EXHIBIT F

| | |
|---|---|
| **From:** | Sean Royall |
| **To:** | Steven Aden; Luke Fields; Nema Milaninia |
| **Cc:** | Monique Miles |
| **Subject:** | RE: Begin Administrative Leave October 20, 2025 |
| **Date:** | Friday, October 24, 2025 10:40:33 AM |
| **Attachments:** | image001.png |

Steve,

Responding to your email below, I suggest that we set a time for counsel to speak by phone about Mrs. Perez's administrative leave and related issues. Would you and Monique be free for a call sometime today? If so, please let us know what time(s) may work.

Mr. Fulton is aware from read/receipt records that Mrs. Perez did not open his email until Tuesday morning. He is also aware, however, that you opened the email promptly after it was sent on Monday evening. I do recall you telling us that as well, ad that you tried to reach her by email that same evening. But did you not also call her the following morning? I ask in part because, as discussed below, it is imperative that we can trust that important communications to Mrs. Perez routed through counsel are reaching her in a timely way.

I think we can all agree that Mr. Fulton's letter advising Mrs. Perez not to come onto school premises the following day was highly important and it was a matter of some urgency that she be informed of this before coming to school Tuesday. By your own acknowledgement, you saw this communication Monday night, but it appears that you did not take steps to ensure that she was aware of it, and as a result she trespassed onto FCPS property without authorization.

Mrs. Perez has asked for certain communications to be routed to her through counsel. We are complying with that request, but it is incumbent upon you, as her counsel, to promptly alert Mrs. Perez to important communications that are directed to her as an FCPS employee. And in a circumstance like the one you described, where you had no assurance that Mrs. Perez knew not to come to school Tuesday, we would have expected you to call her. We do not view your failure to reach Mrs. Perez Tuesday morning (if it is correct that you didn't) as mere inadvertence.

If you can confirm that you will reliably perform the role of promptly forwarding to Mrs. Perez any future correspondence from FCPS (and promptly reaching out to her by phone where warranted), we can recommend to FCPS that no further correspondence be sent to her personal email address. As her employer, however, FCPS must be assured that it has the ability to reach Mrs. Perez in a reliable and efficient manner.

Regarding Mrs. Perez's removal from FCPS system access, that action was taken pursuant to

standard FCPS policy and based on documented concerns regarding her prior misconduct. There is credible evidence that Mrs. Perez has, on multiple occasions, shared confidential FCPS records with outside third parties, in violation of school policy and administrative directives. It appears that Mrs. Perez has also disclosed sensitive personally identifiable student information to various third parties, in violation of FERPA requirements. These apparent actions are what led to the decision to deny her continued FCPS system access while on paid administrative leave, in accordance with division standards.

As for the last sentence in your email, Mr. Fulton's October 20 letter made clear that Mrs. Perez is, herself, under investigation for suspected violations of FCPS policies and regulations. That investigation in now proceeding in parallel with the separate ongoing investigation probing Mrs. Perez's allegations concerning purported school-facilitated or school-funded student abortions. As a paid FCPS employee, Mrs. Perez has a continuing obligation to cooperate with both of these ongoing investigations. I am hoping we can discuss this by phone today, but we do not agree with your repeated assertions that Mrs. Perez has no further obligation to cooperate with FCPS's investigative inquiries. If she, through counsel, persists in taking that view, this would add to the concerns about Mrs. Perez's personal misconduct and failure to comply with her employment-related obligations and could result in disciplinary action, including possible termination.

Thank you,

Sean

---

**M. Sean Royall**
*Partner*

T: +1 214 764 4417  |  E: SRoyall@KSLAW.com  |  Bio  |  vCard

| 2601 Olive Street | 1700 Pennsylvania Avenue, NW |
| Suite 2300 | Suite 900 |
| Dallas, Texas 75201 | Washington, D.C. 20006 |



kslaw.com

---

**From:** Steven Aden <steven.aden@aul.org>

**Sent:** Thursday, October 23, 2025 12:21 PM
**To:** Sean Royall <SRoyall@KSLAW.com>; Luke Fields <LFields@KSLAW.com>; Nema Milaninia <NMilaninia@kslaw.com>
**Cc:** Monique Miles <mmiles@oldtowneassociates.com>
**Subject:** FW: Begin Administrative Leave October 20, 2025

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Sean – Please tell Mr. Fulton that I already informed you via email Tuesday morning that Mrs. Perez did not see his email from after 10:00 pm Monday night, and therefore was in the office only briefly on Tuesday morning. I am meeting Mrs. Perez at 3:00 today to receive the computer, accessories, the badge and fob. I will bring them to Gatehouse later today.

Please also direct Mr. Fulton not to have any further direct communications with Mrs. Perez. Fairfax County Public Schools removed her email and profile from the Centreville staff web site, although I'm given to understand that other employees who were placed on administrative leave, such as Mrs. Diaz and Mr. Parker, have not had their profiles removed. You and FCPS are NOT authorized to utilize her personal email address. Once again, it is very clear that what began as an ostensible investigation into Mrs. Perez's charges has become an investigation of Mrs. Perez herself.

Steve

> ----- Forwarded Message -----
> **From:** "Fulton, Bill H"
> **To:** "Perez, Zenaida Inactive IDM 10/21/2025"
>
> **Cc:** "steven.aden@aul.org" <steven.aden@aul.org>, "Foster, John"
> , "Healey, Erik J"
> **Sent:** Thu, Oct 23, 2025 at 11:58 AM
> **Subject:** RE: Begin Administrative Leave October 20, 2025
>
> Dear Ms. Perez,
>
>
> In my October 20 letter to you, the terms of your administrative leave were clearly spelled out.
>
>
> Although you were clearly instructed in the letter "not to return to FCPS facilities without seeking prior approval," you nonetheless came to the school on October 21, went to your classroom, and retrieved your FCPS laptop. These actions were violations of the terms of your administrative leave.
>
>
> As a reminder, while on administrative leave you remain subject to FCPS oversight and must continue adhering the FCPS policies and regulations. Failure to comply may lead

to disciplinary action, including possible termination.

Regarding your FCPS-issued laptop, this must be returned immediately to FCPS, along with any related accessories such as the charger or adapter.  You also must immediately return your FCPS badge and keys. You may return these items to the FCPS Gatehouse Administration Building main reception today, or if you prefer we will send someone to your residence to retrieve them.  Please let us know your preferences in this regard.

I understand that FCPS's outside counsel is interacting with your legal counsel regarding information requests and the scheduling of meetings with you.  As my October 20 letter informed you, during your paid administrative leave you are expected to make yourself available for follow-up conferences and meetings, as necessary.  Please be mindful of this.

Please also be mindful to adhere to regulations related to confidential information.

If you have any questions, please let me know.  I will await your response regarding retrieval of your FCPS-issued laptop, badge, and keys today.

Sincerely,

Bill Fulton|Director, Office of Employee Relations

Fairfax County Public Schools

Department of Human Resources

8115 Gatehouse Road, Falls Church, VA 22042

Office: 571-423-3258   Fax: 571-423-5051

www.fcps.edu/employee-relations

This communication and any files transmitted with it are confidential and may contain confidential information. This communication is solely for the use of the person or entity to whom it was addressed. If you are not the intended recipient, any use, distribution, printing or acting in reliance on the contents of this message is strictly prohibited and

could be a violation of Federal and State Law. If you have received this message in error, please notify the sender and destroy any and all copies. Thank you.

**CAUTION - EXTERNAL EMAIL**
This email originated from outside of the organization.
DO NOT click links or open attachments unless you recognize the sender and know the content is safe.