# EXHIBIT G

**From:** u=Perez; Zenaida/

**Sent:** Mon, 21 Nov 2022 08:44:18 -0500 (EST)
**To:** ███
**Subject:** RE: Schedule a meeting with Mr. Lehman

That sounds fine.

Thank you,

Zenaida

**From:** ███
**Sent:** Monday, November 21, 2022 8:43 AM
**To:** Perez, Zenaida ███
**Subject:** RE: Schedule a meeting with Mr. Lehman

How about 1:30 today at the beginning of 7th?

**From:** Perez, Zenaida ███
**Sent:** Monday, November 21, 2022 8:20 AM
**To:** ███
**Subject:** RE: Schedule a meeting with Mr. Lehman

Good Morning ███

I have 7th period for planning today, tomorrow I have 6th period. After Thanksgiving break, on Monday Nov. 28th, I will have 7th Pd. Planning and on Tuesday, Nov 29th I will have 6th Pd. Planning.
Thanks for your kind reply.

Best,

Zenaida

**From:** ███
**Sent:** Monday, November 21, 2022 8:15 AM
**To:** Perez, Zenaida ███
**Subject:** RE: Schedule a meeting with Mr. Lehman

Hi Zenaida,

When is your best day and time – give me a few dates.

Thank you,

███

**From:** Perez, Zenaida ███
**Sent:** Sunday, November 20, 2022 4:58 PM
**To:** ███
**Subject:** Schedule a meeting with Mr. Lehman

Good Afternoon ███

I would like to schedule a meeting with Mr. Lehman at his earliest convenience. Please let me know when it will be possible, just a brief conversation.

Thank you,

Zenaida Perez
ESOL Teacher

FCPS_CHS_00001675