# EXHIBIT J



**Fairfax County**
PUBLIC SCHOOLS
ENGAGE • INSPIRE • THRIVE.

Centreville High School
6001 Union Mill Road
Clifton, VA 20124

January 10, 2025

**MEMORANDUM**

TO: Zenaida D. Perez (ID #189070)

FROM: Montell D. Brown, Assistant Principal

SUBJECT: Summary Memorandum

On December 19, 2024, we met to discuss concerns regarding your job performance and conduct. Specifically, I addressed information shared with school administration regarding your interactions with a student attending Centreville High School. Ms. Tracy Bromberg, Assistant Principal, was also in attendance at this meeting.

During our meeting, I reviewed that following a parent/guardian conference with school staff on December 12, I was informed of a situation in which a student sought your assistance regarding concerns about a potential pregnancy. While you did not directly provide a pregnancy test, it was reported that you supported the student in managing the logistics of obtaining one. Upon receiving this information, I initiated an investigation to establish the facts.

As part of the inquiry, I met with the student and spoke with her father and grandmother, who initially disclosed information about your involvement in the student's pregnancy concerns. According to the student, she confided in you about her concerns about being pregnant, at which point you advised her to purchase a pregnancy test to confirm her status. She also stated that you informed her that you were unable to provide her with a pregnancy test due to potential repercussions but offered to assist by allotting time for her to obtain it. Additionally, the student reported that you instructed her to keep the conversation confidential to avoid trouble for the student and yourself.

The student disclosed that, at the end of the school day on, what is believed to be November 21, you contacted the student's parent(s) and misrepresented that she was staying after school with you to complete academic work for another class. The student confirmed that the information you provided to her family was not true and that, following this phone call, she left to purchase the pregnancy test before returning to school. The student's father confirmed that he received a call from you stating that the student would be staying after school with you to complete schoolwork for another class. Further discussions with the student's caregivers revealed that they arranged to pick her up from school. However, you reiterated that you could drive her home in your personal vehicle, to which they ultimately consented. It was reported that you transported the student home alone in your personal vehicle.

During our meeting, you denied having any knowledge of the student expressing concerns about a potential pregnancy. You acknowledged that the student was not on your class roster, but you engaged in frequent conversations with her. However, you stated that your relationship with the student does not involve her sharing personal matters with you. Regarding the day in question, you explained that the student approached you after school because she had missed her bus and needed to attend a haircut appointment.

You stated that you contacted the student's father to inform him that she had missed her bus due to making up work for another teacher. You stated that while the family planned to pick up the student or arrange for an Uber, you offered to take her home, to which the father eventually consented. According to your account, you



Centreville High School
6001 Union Mill Road
Clifton, VA 20124

left the school building with the student at approximately 3:15 PM and transported her home in your personal vehicle, unaccompanied.

In response to this report, you shared that you felt this situation was connected to a similar incident from two years ago and characterized it as slander and harassment. Additionally, you expressed that you did not feel safe in the building. At FCPS and Centreville HS, the health and well-being of our employees is paramount. Please be assured that any information regarding this matter has been handled with professionalism and sensitivity. My goal has been, and remains to be, to handle this situation fairly and appropriately while upholding our commitment to maintaining a supportive work environment. If you feel unsafe or need support going forward, please do not hesitate to contact me.

As a result of my assessment, I found that the information shared by the student and her family was credible. Several aspects of the account you provided differ from the details shared by the student and her family. Despite your explanation, I have significant concerns about your judgment, adherence to professional expectations, and ability to safeguard our students. As a teacher and trusted adult within the school community, you must maintain professional boundaries and ensure that all interactions align with established school policies and protocols.

Your performance violates Fairfax County Public Schools (FCPS) Regulation 4293.6, Dismissal—Just Cause, which encompasses, but is not limited to, the following: "Failure to meet and serve the public in a satisfactory manner"; "failure to make reports, follow instructions, or perform duties"; "Dishonesty"; and "Unprofessional behavior." It is also in contravention of FCPS Regulation 4444.1, Prevention of Sexual Misconduct and Abuse, which states, "absent permission from an administrator and consent of the parents, employees shall not, as part of one's affiliation with the school system, transport students in personal vehicles". Lastly, your job performance is contrary to Fairfax County Public Schools (FCPS) Teacher Performance Standard 7: Professionalism, which outlines specific expectations for teachers, including:

- 7.1: Adhering to federal and state laws, school and division policies, ethical guidelines, and procedural requirements.
- 7.2: Maintaining positive professional behavior.
- 7.7: Working in a collegial and collaborative manner with administrators, other school personnel, and the community to promote students' well-being, progress, and success.
- 7.8: Building positive and professional relationships with parents/caregivers through frequent and appropriate communication.

To reiterate my position, regardless of your reasons, you are not meeting expectations for an ESOL Teacher, HS. In the future, you must adhere to the following directives:

1. **Reporting Sensitive Student Concerns:**
Any student disclosures related to sensitive matters, such as potential pregnancy, must be reported immediately to the school counselor, social worker, or administrator. These professionals are trained to handle such situations in a manner that supports the student's well-being while ensuring compliance with school policies and legal requirements.

2. **Accuracy and Transparency in Communication:**
Under no circumstances should you provide false or misleading information to parents or guardians.



Centreville High School
6001 Union Mill Road
Clifton, VA 20124

Transparency and honesty are critical to maintaining trust and ensuring that the school operates in partnership with families to support student success and safety.

3. **Prohibition on Transporting Students in Personal Vehicles:**
Transporting students in your personal vehicle is strictly prohibited without prior administrative approval. Such actions expose the student and you to unnecessary risk and violate school policies designed to safeguard all parties.

4. **Maintaining Professional Boundaries:**
Interactions with students should always remain professional, particularly when addressing sensitive or personal matters. Offering personal assistance exceeds the appropriate scope of a teacher's role and can create situations that undermine professional integrity and boundaries.

In the future, you are expected to comply with FCPS and Centreville High School policies, regulations, and guidelines.

I understand that the conversation(s) in which we have engaged can be stressful. If at any time you need assistance, Employee Assistance Program (EAP) services are free and can be accessed 24 hours a day, seven days a week, 365 days a year. Enrollment is automatic and no paperwork needs to be filled out. A full list of EAP resources for current staff members can be found on the FCPS Employee Hub. FCPS Employees can direct questions to EAPQuestions@fcps.edu, or by calling 1-855-355-9097. Additionally, FCPS is dedicated to fostering a work environment that is safe, secure, and free from harassment, threats, intimidation, bullying, and violence. If you believe you are experiencing workplace bullying or harassment, you may file a formal complaint through StaffConnect.

Your conduct in this matter did not align with FCPS professional standards, which negatively impacted our efforts to support the well-being of students. You must improve your performance and support students appropriately. Please follow the guidelines we outlined in our meeting that are highlighted in this communication. You will be notified if disciplinary action will occur as a result of your conduct and/or behavior. If you have any questions or need additional support, please do not hesitate to contact me.

cc: Local File (ID #189070)