# EXHIBIT K



Department of Human Resources<br>Office of Employee Relations<br>8115 Gatehouse Road<br>Falls Church, VA 22042

zdperez@fcps.edu aprilairspring@yahoo.com **AND U.S. MAIL**

October 20, 2025

Ms. Zenaida Perez
5023 Head Court
Fairfax, VA 22032

*Re: Begin Paid Administrative Leave*

Dear Ms. Perez,

This letter confirms that you have been placed on paid administrative leave, effective immediately pending the conclusion of an ongoing investigation focusing on concerns that you may have engaged in serious professional misconduct.

The specific conduct giving rise to this investigation, and the decision to place you on administrative leave, includes your apparent unauthorized disclosure of confidential FCPS information to third parties, including unauthorized disclosure of student-identifying information; your apparent actions in withholding relevant requested information during an official school investigation, and possibly also withholding relevant information subject to an external Freedom of Information Act request; your apparent actions in procuring falsified and/or manipulated statements for use in school-related matters; your apparent failure to respect professional boundaries with students and their families; your apparent actions in making serious accusations against other school personnel based on false, and potentially knowingly false, information; and your repeated failure to cooperate with reasonable requests made to you and/or your counsel by school administrators or by outside legal counsel acting on FCPS's behalf.

Under FCPS Regulation 4812, I have the authority to place you on paid administrative leave during an investigation into concerns of serious misconduct. It is also our standard protocol to place an employee on paid administrative leave during an investigation to protect the integrity of the investigative process. Paid administrative leave is not a disciplinary measure and is not a determination on the merits of the concerns currently under investigation. While on paid administrative leave, you are expected to be available during your scheduled work hours for follow-up conferences and meetings, as necessary.

You are not allowed to participate in school system activities in any form, whether as an employee or in any other capacity, while on paid administrative leave, unless specifically approved by the principal or his designee. During this leave status, you are not to return to FCPS facilities without seeking prior approval from Dr. Erik Healey, Principal of Centreville High School, at 703-802-5400.

Please be reminded that all FCPS employees must adhere to regulations related to confidential information, and to provide complete and accurate information during official investigations. Failure to comply may lead to disciplinary action, including possible termination.

We understand that this event can be stressful. If at any time you need assistance, Employee Assistance Program (EAP) services are free and can be accessed 24 hours a day, seven days a week, 365 days of the year. Enrollment is automatic and no paperwork needs to be filled out. A full list of EAP resources for current staff members can be found on the FCPS intranet site. FCPS Employees can also direct questions to EAPQuestions@fcps.edu, or by calling 1-855-355-9097.

Zenaida Perez 189070 – Begin Administrative Leave
Page 2
October 20, 2025

If you have any questions, please contact me at 571-423-3258.

Sincerely,

William H. Fulton
Director, Office of Employee Relations

cc: Principal, Centreville High School
    Chief Human Resources Officer
    Chief of Schools
    Assistant Superintendent, Human Resources
    Assistant Superintendent, Region 4
    OER Specialist, Region 4
    Personnel File, ID # 189070