UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **ZENAIDA PEREZ,** | ) |
| *Plaintiff,* | ) |
| v. | ) |
| **FAIRFAX COUNTY SCHOOL BOARD,** | ) |
| **MONTELL BROWN**, individually and in his official capacity as Assistant Principal of Centreville High School, | ) Case No. 1:25-cv-2126-AJT-IDD |
| **CHAD LEHMAN**, individually and in his official capacity as Former Principal of Centreville High School, | ) |
| **ERIK HEALEY**, individually and in his official capacity as Principal of Centreville High School, | ) |
| **MICHELLE REID**, individually and in her official capacity as Superintendent of Fairfax County Public Schools, | ) |
| *Defendants.* | ) |

## NOTICE OF HEARING

Please take notice that on <u>Wednesday February 11, 2026</u>, at 10:00 a.m. or as soon thereafter as counsel may be heard, Defendants, through undersigned counsel, will appear before this Honorable Court, in the United States District Courthouse, 401 Courthouse Square, Alexandria, Virginia, 22314, and request the Court to rule on Defendants' Motion to Dismiss or, in the Alternative, to Strike.

Dated: December 16, 2025                                     Respectfully submitted,

                                                                              */s/ Edward Lee Isler*
                                                                              Edward Lee Isler, Va. Bar No. 27985

        Micah E. Ticatch, Va. Bar No. 83351
        ISLER DARE, P.C.
        1945 Old Gallows Road. Suite 650
        Vienna, Virginia 22182
        Phone: (703) 748-2690
        Facsimile: (703) 748-2695
        Email: eisler@islerdare.com
        Email: mticatch@islerdare.com
        *Counsel for Defendants*

        M. Sean Royall, *pro hac vice*
        Lucas M. Fields, *pro hac vice*
        Zoe M. Beiner, *pro hac vice*
        KING & SPALDING LLP
        1700 Pennsylvania Avenue, NW
        Suite 900
        Washington, D.C. 20006
        (202) 626-2994
        sroyall@kslaw.com
        lfields@kslaw.com
        zbeiner@kslaw.com
        *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 16th day of December 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

    Monique A. Miles, Esq.
    Old Towne Associates, P.C.
    201 N. Union Street
    Suite 110
    Alexandria, VA 22314
    mmiles@oldtowneassociates.com

    Steven H. Aden, Esq.
    Americans United for Life
    1150 Connecticut Ave., N.W. Ste. 500
    Washington, D.C. 20036
    Steven.Aden@aul.org

    *Counsel for Plaintiff*

            */s/ Edward Lee Isler*
            Edward Lee Isler, Va. Bar No. 27985
            ISLER DARE, P.C.
            1945 Old Gallows Road. Suite 650
            Vienna, Virginia 22182
            Phone: (703) 748-2690
            Facsimile: (703) 748-2695
            Email: eisler@islerdare.com
            *Counsel for Defendants*