**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **ZENAIDA PEREZ,** )<br> )<br> *Plaintiff,* )<br> )<br> v. )<br> )<br> **FAIRFAX COUNTY SCHOOL** )<br> **BOARD, et al.** )<br> )<br> )<br> *Defendants.* )<br> ) | Case No. 1:25-cv-02126-AJT-IDD |

**CONSENTED TO MOTION FOR LEAVE TO FILE CORRECTED BRIEF**

Defendants Fairfax County School Board, Montell Brown, Chad Lehman, Erik Healey, and Michelle Reid (together "Defendants"), through their respective counsel, with the consent of Plaintiff hereby request leave to file a corrected Memorandum in Support of its Motion to Dismiss. In support of this Motion, Defendants state as follows:

1. On December 16, 2025, Defendants filed a Motion to Dismiss (Dkt. 12) and a Memorandum in Support of that motion (Dkt. 13), along with other exhibits and documents.

2. Following the filing, Defendants discovered that the filed Memorandum contained certain typographical errors and other non-substantive errors.

3. Defendants seek leave to file a corrected Memorandum, which is attached as Exhibit A to this Motion. A redline of the changes from the original brief is attached as Exhibit B.

4. Counsel for Plaintiff has reviewed the redline and has no objection to filing of the corrected Memorandum.

5. The Parties waive oral argument on this Motion.

6. A proposed Order is being filed simultaneously with this Motion.

WHEREFORE, Defendants respectfully move the Court to issue an Order accepting the filing of the corrected brief.

Dated: December 23, 2025	Respectfully submitted,

/s/ Edward Lee Isler
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: eisler@islerdare.com
Email: mticatch@islerdare.com
*Counsel for Defendants*


M. Sean Royall, *pro hac vice*
Lucas M. Fields, *pro hac vice*
Zoe M. Beiner, *pro hac vice*
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
(202) 626-2994
sroyall@kslaw.com
lfields@kslaw.com
zbeiner@kslaw.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of December 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

>Monique A. Miles, Esq.
>Old Towne Associates, P.C.
>201 N. Union Street
>Suite 110
>Alexandria, VA 22314
>mmiles@oldtowneassociates.com
>
>Steven H. Aden, Esq.
>Americans United for Life
>1150 Connecticut Ave., N.W. Ste. 500
>Washington, D.C. 20036
>Steven.Aden@aul.org
>
>*Counsel for Plaintiff*

>>/s/ Edward Lee Isler
>>Edward Lee Isler, Va. Bar No. 27985
>>ISLER DARE, P.C.
>>1945 Old Gallows Road. Suite 650
>>Vienna, Virginia 22182
>>Phone: (703) 748-2690
>>Facsimile: (703) 748-2695
>>Email: eisler@islerdare.com
>>*Counsel for Defendants*