UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ZENAIDA PEREZ, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>FAIRFAX COUNTY SCHOOL BOARD, *et al.* )<br>)<br>*Defendants.* ) | Case No. 1:25-cv-2126-AJT-IDD |

## ORDER

Upon consideration of Defendants' Consented to Motion for Leave to File Corrected Brief (the "Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED**. It is hereby further

**ORDERED** that the brief attached as Exhibit A to the Motion shall be filed and treated as Defendants' operative Memorandum in Support of its Motion to Dismiss.

Dated: _____, 2025

Alexandria, Virginia

_____
Judge, United States District Court for the
Eastern District of Virginia