IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ZENAIDA PEREZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:25-cv-02126 (AJT/IDD) |
| | ) |
| FAIRFAX COUNTY SCHOOL BOARD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

This matter is before the Court on Consented to Motion for Leave to File Corrected Brief ("Motion") [Dkt. No. 19]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is **GRANTED.** The amended memorandum, Defendants' Memorandum of Law in Support of the Motion to Dismiss or, in the Alternative, to Strike [Dkt. No.19-2], is the operative memorandum in support to Defendants' Motion to Dismiss for Failure to State a Claim [Dkt. No. 12] as of the date of this Order.

ENTERED this 29th day of December 2025.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia