IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| ZENAIDA PEREZ,<br><br>      Plaintiff,<br><br>v.<br><br>FAIRFAX COUNTY SCHOOL BOARD, et al.,<br><br>      Defendants. | Civil Action No. 1:25-cv-02126-AJT-IDD |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

    Plaintiff Zenaida Perez ("Plaintiff"), through counsel, with no opposition by Defendants hereby move the Court for entry of an Order extending Plaintiff Zenaida Perez's deadline to file her opposition to Defendants' Motion to Dismiss, or in the Alternative, to Strike from January 7, 2026 to January 21, 2026 for the following reasons:

    1.    The Parties sought the Court's extension of their respective filing deadlines on December 5, 2025. (ECF # 10). The Court granted same on December 9, 2025. (ECF # 11).

    2.    Defendants filed a Motion to Dismiss, or in the Alternative, to Strike in response to Plaintiff's Amended Complaint on December 16, 2025. (ECF # 12). Plaintiff's response is due on January 7, 2026.

    3.    On January 5, 2026, Plaintiff traveled from her home in Newport News, VA to her home in Northern Virginia intending to spend this afternoon and the next couple of days to assist her counsel in preparing her response to Defendants' motion to dismiss. Around 3:00pm she received a call notifying her that her husband had a stroke and is in the emergency room in Newport News, Virginia. Plaintiff immediately called her counsel and informed them that she must return back to Newport News immediately to be with him.

4. Plaintiff's counsel informed defense counsel shortly after receiving the news from Plaintiff and received confirmation that they would not oppose Plaintiff's motion for extension of her deadline to file her opposition.

5. In view of her husband's medical emergency, she will not be able to focus on assisting her counsel in preparing her opposition to Defendants' motion.

6. In light of these unexpected circumstances, Plaintiff respectfully requests a two-week extension to file her response to Defendants' Motion to Dismiss, or in the Alternative, to Strike on or before January 21st.

7. The hearing on Defendants' motion is set to be heard on February 11, 2026.

8. Granting this Motion will not delay the efficient and timely adjudication of this action and will not prejudice any party.

9. This Motion is made in good faith and not for the purposes of delay.

10. The Parties waive oral argument on this Motion.

WHEREFORE, Plaintiff respectfully moves the Court to issue an Order extending her deadline to file her opposition to Defendants' Motion to Dismiss, or in the Alternative, to Strike from January 7, 2026 to January 21, 2026.

A proposed Order is being filed simultaneously.

Dated: January 5, 2026                    Respectfully Submitted,

*/s/ Monique A. Miles*
Monique A. Miles, Esq.
VSB #: 78828
OLD TOWNE ASSOCIATES, P.C.
201 N. Union Street, Ste. 110
Alexandria, VA 22314
Tel: 703-519-6810
mmiles@oldtowneassociates.com

        <u>/s/ Steven H. Aden</u>
        Steven H. Aden, Esq., *pro hac vice*
        VSB #: 48036
        Americans United for Life
        1150 Connecticut Ave., N.W. Ste. 500
        Washington, DC 20036
        Ph: 202.741.4917
        Steven.Aden@aul.org

        *Attorneys for Plaintiff Zenaida Perez*

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2026, a true and correct copy of the foregoing has been provided by electronic notification through the CM/ECF System, which will send notice to the following counsel of record:

> Edward Lee Isler
> VSB #:27985
> Micah E. Ticatch
> VSB #: 83351
> IslerDare, PC
> 1945 Old Gallows Road, Suite 650
> Vienna, Virginia 22182
> Tel: (703) 748-2690
> eisler@islerdare.com
> mticatch@islerdare.com
>
> M. Sean Royall, pro hac vice
> Lucas M. Fields, pro hac vice
> Zoe M. Beiner, pro hac vice
> KING & SPALDING LLP
> 1700 Pennsylvania Avenue, NW
> Suite 900
> Washington, D.C. 20006
> (202) 626-2994
> sroyall@kslaw.com
> lfields@kslaw.com
> zbeiner@kslaw.com
> Counsel for Defendants
>
> *Attorneys for Defendants*

*/s/ Monique A. Miles*