IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| ZENAIDA PEREZ,<br><br>      Plaintiff,<br><br>v.<br><br>FAIRFAX COUNTY SCHOOL BOARD, et al.,<br><br>      Defendants. | Civil Action No. 1:25-cv-02126-AJT-IDD |

[PROPOSED] **ORDER**

UPON CONSIDERATION OF Plaintiff Zenaida Perez's Motion to Extend her deadline to file her opposition to Defendants' Motion to Dismiss, or in the Alternative, to Strike; and

IT APPEARING to the Court that Defendants' counsel do not oppose Plaintiff's motion; and; IT FURTHER APPEARING to the Court that good cause exists to grant Plaintiff's motion; it is hereby;

ORDERED that Plaintiff Zenaida Perez's Motion to Extend her deadline to file her opposition to Defendants' Motion to Dismiss, or in the Alternative, to Strike is granted; and

FURTHER ORDERED that Plaintiff Zenaida Perez shall file her opposition to Defendants' Motion to Dismiss, or in the Alternative, to Strike on or before January 21, 2026.

Entered this _____ day of _____, 2026.

                                                                                                                                                     _____
                                                                                                                                                     Honorable Ivan D. Davis
                                                                                                                                                     United States Magistrate Judge

Alexandria, VA