IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ZENAIDA PEREZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:25-cv-02126 (AJT/IDD) |
| | ) |
| FAIRFAX COUNTY SCHOOL BOARD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on Unopposed Motion for Extension of Time ("Motion") [Dkt. No. 25]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is **GRANTED.** Plaintiff shall file her opposition to Defendants' Motion to Dismiss, or in the Alternative, to Strike no later than January 21, 2026.

ENTERED this 6th day of January 2026.

                                                                                         /s/
                                                            Ivan D. Davis
                                                            United States Magistrate Judge

Alexandria, Virginia