# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| **ZENAIDA PEREZ**, <br><br> Plaintiff, <br><br> v. <br><br> **FAIRFAX COUNTY SCHOOL BOARD**, et al., <br><br> Defendants. | Case No. 1:25-cv-02126-AJT-IDD |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

COMES NOW Plaintiff, Zenaida Perez ("Plaintiff"), by and through counsel, and pursuant to Rule 15(a) of the Federal Rules of Civil Procedure ["FRCP 15(a)"], and Rule 7(i) of the Local Rules of the U.S. District Court for the Eastern District of Virginia ["LCvR 7(i)"] respectfully moves this Court for leave to file a Second Amended Complaint to clarify the claims she is pursuing in this matter, as noted in her accompanying Memorandum in Support.

Accordingly, Plaintiff respectfully requests that this Court grant her leave to amend the Complaint, and that the Second Amended Complaint attached hereto as *Exhibit A*, be entered into the record by the Court. A redline version, *Exhibit B*, is attached for comparison purposes.

Dated: January 16, 2026

Respectfully submitted,

**ZENAIDA PEREZ**

By Counsel:

*/s/ Monique A. Miles*
Monique A. Miles, Esq.
Old Towne Associates, P.C.
201 N. Union Street, Ste. 110
Alexandria, VA 22314

Phone: 703-519-6810
mmiles@oldtowneassociates.com

Steven H. Aden, Esq.
VSB #: 48036
Americans United for Life
1150 Connecticut Ave., N.W. Ste. 500
Washington, DC 20036
Ph: 202.741.4917
Steven.Aden@aul.org

*Counsel for Zenaida Perez*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, the foregoing was served by ECF delivery addressed to counsel for Defendants, as follows:

>Edward Lee Isler
>VSB #:27985
>Micah E. Ticatch
>VSB #: 83351
>IslerDare, PC
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>Tel: (703) 748-2690
>eisler@islerdare.com
>mticatch@islerdare.com
>
>M. Sean Royall, *pro hac vice forthcoming*
>Lucas M. Fields, *pro hac vice forthcoming*
>Zoe M. Beiner, *pro hac vice forthcoming*
>KING & SPALDING LLP
>1700 Pennsylvania Avenue, NW
>Suite 900
>Washington, D.C. 20006
>(202) 626-2994
>sroyall@kslaw.com
>lfields@kslaw.com
>zbeiner@kslaw.com
>
>*Counsel for Defendants*

*/s/ Monique A. Miles*
Monique A. Miles
