IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| **ZENAIDA PEREZ**, | |
| Plaintiff, | |
| v. | Case No. 1:25-cv-02126-AJT-IDD |
| **FAIRFAX COUNTY SCHOOL BOARD**, et al., | **JURY TRIAL DEMANDED** |
| Defendants. | |

### [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiff's Unopposed Motion for Leave to File a Second Amended Complaint, and for good cause shown, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Plaintiff's Second Amended Complaint, attached as Exhibit A is deemed filed as of today's date.

SO ORDERED this ____ day of _____, 2026.

_____
Honorable Ivan D. Davis
United States Magistrate Judge