IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ZENAIDA PEREZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:25-cv-02126 (AJT/IDD) |
| | ) |
| FAIRFAX COUNTY SCHOOL BOARD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This matter is before the Court on Plaintiff's Unopposed Motion for Leave to File a Second Amended Complaint ("Motion") [Dkt. No. 28]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is **GRANTED.** The Second Amended Complaint [Dkt. No. 28-2] is deemed the operative complaint as of the date of this Order.

ENTERED this 20th day of January 2026.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia