UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ZENAIDA PEREZ, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 1:25-cv-02126-AJT-IDD |
| v. ) | |
| ) | |
| FAIRFAX COUNTY SCHOOL BOARD, *et al.* ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

### ORDER

Upon consideration of the Defendant's Unopposed Motion to Stay Discovery [Dkt No. 32], ("Motion"), and for the good cause shown, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that discovery in this action shall be stayed pending the Court's ruling on the Defendants' anticipated Motion to Dismiss, following which the Court will consider, upon application and if warranted, an adjustment to the current discovery deadline in light of the stay.

Entered this ___ day of January 2026.

_____
Honorable Anthony J. Trenga
United States District Judge

1