# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| ZENAIDA PEREZ, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 1:25-cv-02126-AJT-IDD |
| v. ) | |
| ) | |
| FAIRFAX COUNTY SCHOOL BOARD, *et al.* ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

## ORDER

Upon consideration of the Defendant's Unopposed Motion to Stay Discovery [Dkt No. 32], ("Motion"), and for good cause shown, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that discovery in this action shall be stayed pending the Court's ruling on the Defendants' anticipated Motion to Dismiss, following which the Court will consider, upon application and if warranted, an adjustment to the current discovery deadline in light of the stay.

The Clerk is directed to forward copies of this order to all counsel of record.

February 3, 2026
Alexandria, VA

Anthony J. Trenga
Senior U.S. District Judge

1