# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| ZENAIDA PEREZ, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) Case No. 1:25-cv-2126-AJT-IDD |
| FAIRFAX COUNTY SCHOOL BOARD, *et al.* | ) ) ) |
| *Defendants.* | ) ) ) |

## MOTION TO DISMISS

Defendants, Fairfax County School Board, Mr. Montell Brown, Mr. Chad Lehman, Dr. Erik Healey, and Dr. Michelle Reid (collectively, "Defendants"), by and through their undersigned counsel, hereby move this Court for an order dismissing this action with prejudice. As grounds for the Motion, Defendants state as follows:

1. The Second Amended Complaint purports to state causes of action for Retaliation under the Virginia Whistleblower Protection Act ("VWPL") (Count I), Retaliation under the Virginia Fraud and Abuse Whistle Blower Protection Act ("FAWBPA") (Count II), Defamation *Per Se* (Count III), Violations of the Right to Free Speech / Retaliation under Article 1, Section 12 of the Virginia Constitution (Count IV), and 42 U.S.C. § 1983 Violations of the Right to Free Speech / Retaliation under the First Amendment of the United States Constitution (Count V). All five counts arise out of Defendants' efforts to fulfill their duty of providing appropriate scrutiny and oversight of a teacher who has engaged in patterns of misconduct, at times violating school rules and disregarding direction from her superiors.

2. Defendants seek dismissal with prejudice under Rule 12(b)(1) because various immunity doctrines prevent the exercise of jurisdiction over Plaintiff's claims.

3.  Defendants seek dismissal with prejudice under Rule 12(b)(6) because Plaintiff fails to state a claim.

4.  As to Count I, Plaintiff fails to state a claim for retaliation in violation of the Virginia Whistleblower Protection Act, Va. Code § 40.1-27.3, against the School Board because the statute applies only to "employers," and for purposes of the statute, the General Assembly excluded Virginia school boards and other Commonwealth subdivisions from that definition, thus preserving sovereign immunity.

5.  As to Count II, Plaintiff fails to state a claim for retaliation in violation of the Fraud and Abuse Whistle Blower Protection Act, Va. Code § 2.2-3009 to -3014, against the School Board due to various pleading deficiencies.

6.  As to Count III, Plaintiff fails to state a claim for Defamation *Per Se* due to various pleading deficiencies and the broad applicability of qualified immunity.

7.  As to Count IV, Plaintiff fails to state a claim for Free Speech / Retaliation under Article 1, Section 12 of the Virginia Constitution because she has failed to demonstrate that she engaged in protected speech on matters of genuine public concern, and because her claim is further barred by sovereign immunity.

8.  As to Count V, Plaintiff fails to state a claim under 42 U.S.C. § 1983 for alleged violation of her right to Free Speech / Retaliation under the First Amendment of the U.S. Constitution based on the doctrines of official and qualified immunity.

WHEREFORE, and for the reasons set forth more fully in the accompanying Memorandum of Law in Support of Their Motion to Dismiss, Defendants respectfully request that the Court grant this Motion and enter an Order dismissing this action with prejudice.

|  |  |
|---|---|
| Dated: February 3, 2026 | Respectfully submitted, |

*/s/ Edward Lee Isler*
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Tel: (703) 748-2690
Fax: (703) 748-2695
Email: eisler@islerdare.com
Email: mticatch@islerdare.com

M. Sean Royall, *pro hac vice*
Lucas M. Fields, *pro hac vice*
Zoe M. Beiner, *pro hac vice*
KING & SPALDING LLP
1700 Pennsylvania Ave., NW, Suite 900
Washington, D.C. 20006
Tel: (202) 626-2627
Fax: (202) 626-3737
Email: sroyall@kslaw.com
Email: lfields@kslaw.com
Email: zbeiner@kslaw.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of February 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

>Monique A. Miles
>Virginia Bar No. 78828
>OLD TOWNE ASSOCIATES, P.C.
>201 N. Union Street, Suite 110
>Alexandria, Virginia 22314
>Tel: (703) 519-6810
>Email: mmiles@oldtowneassociates.com
>
>Steven H. Aden, *pro hac vice*
>Virginia Bar No. 48036
>AMERICANS UNITED FOR LIFE
>1150 Connecticut Ave., NW, Suite 500
>Washington, D.C. 20036
>Email: Steven.Aden@aul.org
>
>*Counsel for Plaintiff*

>/s/ Edward Lee Isler
>Edward Lee Isler, Va. Bar No. 27985
>ISLER DARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>Tel: (703) 748-2690
>Fax: (703) 748-2695
>Email: eisler@islerdare.com
>
>*Counsel for Defendants*