UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| ZENAIDA PEREZ, | ) |
| *Plaintiff,* | ) ) ) ) |
| v. | ) ) Case No. 1:25-cv-2126-AJT-IDD |
| FAIRFAX COUNTY SCHOOL BOARD, *et al.* | ) ) ) |
| *Defendants.* | ) ) |

**ORDER**

Upon consideration of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (the "Motion"), any opposition and/or reply filed in connection therewith, and the argument of counsel, it is hereby

**ORDERED** that the Motion is **GRANTED**.  It is hereby further

**ORDERED** that this action is hereby dismissed with prejudice.

Dated: This ___ day of _____, 2026

_____
The Honorable Anthony J. Trenga
United States District Court Judge