**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| ZENAIDA PEREZ, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. 1:25-cv-2126-AJT-IDD |
| ) | |
| FAIRFAX COUNTY SCHOOL BOARD, *et al.* ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

**DECLARATION OF LUCAS M. FIELDS IN SUPPORT OF**
**THE MOTION TO DISMISS**

I, Lucas M. Fields, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner in the law firm of King & Spalding LLP. I have been admitted pro hac vice in this action to serve as counsel of record for Defendants, and have personal knowledge of the facts stated herein. I submit this declaration in support of Defendants' Motion to Dismiss.

2. Attached hereto as Exhibit A is a true and correct copy of Fairfax County Public Schools' ("FCPS") *Response to September 22, 2025, Letter*, submitted to the Senate Committee on Health, Education, Labor, and Pensions ("HELP") on October 16, 2025, available at https://www.fcps.edu/system/files/forms/2025-10/2025.10.16_ltr_to_b_cassidy.pdf.

3. Attached hereto as Exhibit B is a true and correct copy of FCPS's *Response to September 29, 2025, Letter*, submitted to the Department of Education ("DOEd") on October 16, 2025, available at https://www.fcps.edu/system/files/forms/2025-10/2025_10_16_letter_to_frank_miller.pdf.

4. Attached hereto as Exhibit C is a true and correct copy of Appendices A & B to the responses submitted to the U.S. Senate HELP Committee and the DOEd on October 16, 2025, available at each of the hyperlinks provided in ¶¶ 2, 3.

5. Attached hereto as Exhibit D is a true and correct copy of FCPS's *Supplemental Response to September 29, 2025, Letter*, submitted to the U.S. Senate HELP Committee on January 9, 2026, available at https://www.fcps.edu/system/files/forms/2026-01/2026.01.09_s._royall_letter_to_sen._cassidy.pdf.

6. Attached hereto as Exhibit E is a true and correct copy of Appendix A to the supplemental response submitted to the U.S. Senate HELP Committee on January 9, 2026, available at https://www.fcps.edu/system/files/forms/2026-01/2026.01.09_-_appendix_a_-_supplemental_statement.pdf.

7. Attached hereto as Exhibit F is a true and correct copy of correspondence between C. Lehman and Z. Perez between November 20 and 21, 2025.

8. Attached hereto as Exhibit G is a true and correct copy of the following Substack article: Walter Curt, *Bolted Doors and Broken Laws*, W.C. Dispatch (Aug. 5, 2025), available at https://www.wcdispatch.com/p/bolted-doors-and-broken-laws.

9. Attached hereto as Exhibit H is a true and correct copy of a Letter from M. Reid titled *Important Update Regarding Centreville High School* on October 16, 2025, available at https://www.fcps.edu/news/important-update-regarding-centreville-high-school.

10. Attached hereto as Exhibit I is a true and correct copy of a Letter from W. Fulton, Director, Office of Employee Relations, to Z. Perez on October 20, 2025.

11. Attached hereto as Exhibit J is a true and correct copy of a Letter from M. Reid titled *Message from the Superintendent Regarding Centreville High School* on January 9, 2026, available at https://www.fcps.edu/news/message-superintendent-regarding-centreville-high-school.

12.     Attached hereto as Exhibit K is a true and correct copy of FCPS Regulation 4444.4, available at https://go.boarddocs.com/vsba/fairfax/Board.nsf/files/DLBK9K50C951/$file/R4444.pdf.

13.     Attached hereto as Exhibit L is a true and correct copy of a Summary Memorandum from M. Brown to Z. Perez on January 10, 2025.

14.     Attached hereto as Exhibit M is a true and correct copy of correspondence between S. Royall, S. Aden, and M. Miles between October 23 and 24, 2025.

15.     Attached hereto as Exhibit N is a true and correct copy of a Transcript of Plaintiff's Interview with the Office of Employee Relations on May 2, 2025.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Dated: February 3, 2026            */s/ Lucas M. Fields*
                                   Lucas M. Fields
                                   KING & SPALDING LLP
                                   1700 Pennsylvania Avenue, NW
                                   Suite 900
                                   Washington, D.C. 20006