# EXHIBIT D

# KING & SPALDING

King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4707
Tel: +1 202 737 0500
Fax: +1 202 626 3737
www.kslaw.com

M. Sean Royall
Partner
Direct Dial: +1 202 626 2994
sroyall@kslaw.com

January 9, 2026

**VIA EMAIL AND FTP LINK**

The Honorable Bill Cassidy, M.D.
Chairman
Committee on Health, Education, Labor, and Pensions
United States Senate
Washington, D.C. 20510-6300

Re:   Supplemental Response to September 22 Letter

Dear Chairman Cassidy:

In your September 22, 2025, letter to Fairfax County Public Schools ("FCPS") Superintendent Dr. Michelle C. Reid, you requested information concerning allegations that school officials at FCPS's Centreville High School ("CHS") "arranged and paid for abortions for a minor student and attempted to do the same for another student, all without parental consent." On behalf of our client FCPS, we previously responded on October 16 with a submission that summarized the interim conclusions of FCPS's ongoing fact-finding investigation as of that date. FCPS has now completed its review of the available facts and in the attached supplemental submission ("Appendix A") we have summarized FCPS's key findings and conclusions.

In addition to addressing various facts that came to FCPS's attention following the prior October 16 submission, Appendix A responds to an October 27 letter submitted to this Committee by counsel for CHS teacher Mrs. Zenaida Perez, as well as other public statements by Mrs. Perez and her counsel post-dating FCPS's prior submission.

Documents and transcripts cited in Appendix A are also being provided to the Committee with this submission, with limited redactions to protect the privacy of students and student families, in compliance with FCPS's legal obligations under the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g; 34 CFR Part 99 ("FERPA"), and the Health Insurance Portability and Accountability Act, 42 U.S.C. § 1320d, et seq. ("HIPAA"). These documents have been assigned production numbers (FCPS_CHS_00001908 to FCPS_CHS_00001985) and can be accessed through the accompanying encrypted zip file.

The Honorable Bill Cassidy, M.D.
January 9, 2026
Page 2 of 2

  FCPS will continue to respond to the Committee's outstanding questions. However, as of this time, absent any new information coming to light, FCPS's own fact-finding investigation is complete and these supplemental responses reflect the key findings and conclusions of that investigation. Please note that, as with the prior October 16 submission, FCPS intends to share this statement with the CHS school community.

  If the Committee has any questions regarding these responses, please do not hesitate to contact me at (202) 626-2994 or by email at sroyall@kslaw.com.

              Sincerely,

              M. Sean Royall

cc:  The Honorable Bernie Sanders, Ranking Member