# EXHIBIT J

# Message from the Superintendent Regarding Centreville High School

By Dr. Michelle C. Reid | Superintendent's Messages

JANUARY 09, 2026

Share Page

0:00 / 2:29

Dear Centreville High School Staff and Families,

I am writing to provide a further update regarding our efforts to investigate and respond to allegations made last year about school personnel purportedly facilitating and funding abortions for Centreville High School (CHS) students without parental knowledge or consent. The Division has taken these allegations very seriously and has cooperated with all related government inquiries. As previously explained, the alleged behavior would never be acceptable in Fairfax County Public Schools (FCPS).

In my prior letter to the school community, sent on October 16, 2025, I shared interim findings from FCPS's external counsel investigation, which were reported that same day in public submissions to the U.S. Department of Education and to the U.S. Senate Committee on Health, Education, Labor and Pension (HELP). Our own fact-finding investigation is now complete, and the key findings of the investigation were summarized today in a supplemental submission to the Senate HELP Committee. This was also shared today with the Virginia State Police and the U.S. Department of Education.

As explained in today's submission, the available facts appear to confirm that these allegations are not only untrue but were based largely on statements that were misinterpreted, mistranslated, taken out of context, or in some cases knowingly fabricated. We have found *no credible evidence* of any actual wrongdoing by school staff or administrators. As important as it was to take these allegations seriously, we also believe we have a duty to be transparent about our findings and, regrettably, it appears that innocent CHS personnel in this case were wrongly and publicly accused of criminal acts without any sound factual basis. This situation has had a significant impact on those involved, and it reminds us of the responsibility we all share to act thoughtfully and compassionately as a caring, connected community.

As always, our highest priority is ensuring that each and every student in Fairfax County Public Schools can learn in a safe, healthy, and supportive environment.

Thank you for your continued trust and partnership as we work to uphold the highest standards of integrity and public service.

As we begin this new year, we look forward to a continued partnership with families and a shared focus on helping our students to learn and grow through the power and promise of public education.

Take good care,

*Michelle C. Reid*

Dr. Michelle C. Reid
Superintendent
Fairfax County Public Schools