# EXHIBIT N

Zenaida Perez Interview Transcription from Notebook LM:

Here is a transcription of the conversation between Investigator ▇▇▇▇▇▇▇▇ (referred to as ▇▇▇▇▇▇ or Zoe investigator ▇▇▇▇▇▇ in the source) and Zenaida PEREZ (referred to as Zeneda Perez in the source), based on the provided excerpts from "ZenaidaPEREZ.MP3":

The conversation took place on **May 2nd, 2025, around 2:05 p.m. at Gate House**, regarding "Guardian 41772." ▇▇▇▇▇▇▇▇ **was also present**.

▇▇▇▇▇▇▇▇: Thanks for coming in. **Zenaida PEREZ:** Mhm. ▇▇▇▇▇▇▇▇: Um you're welcome. So, uh I'll do is just let you tell your story. Um so um it helps a little bit if um you talk chronologically you know we'll start start a sequence of events how things have been happening. **Zenaida PEREZ:** Yeah. Exactly. ▇▇▇▇▇▇▇▇: So you start somewhere and uh take us through um there will be times when I have to pause you and and ask some clarifying questions. Um, so please, you know, I apologize in advance for stopping you, but u I I will have to sometimes. And um and then at the end I'll ask you some more pointed questions, but for now uh just tell your story. **Zenaida PEREZ:** Okay. Uh the harassment and bullying started on December 16th, which was a Monday. ▇▇▇▇▇▇▇▇: 2020. **Zenaida PEREZ:** 2024. ▇▇▇▇▇▇▇▇: 2024. Go. **Zenaida PEREZ:** So on December 16th, 2024, I received evasive emails from Mr. Montel D. Brown, assistant principal who supervises the ESOL department at Centerville High School. Mr. Brown was asking me to have a meeting with me. The the title of that email was scheduling meeting and he would not tell me the nature of the meeting. I clearly know that every single time an administrator requests to have a meeting with an employee, they have to give you the reasons why they want to meet with you. So for that reason that I have known for many years because I have been in Fairfax County Public Schools for 17 years, okay? Always in good standing, always an outstanding teacher with awards from Lake Bradock Secondary School in 2013 as uh valuable contributions to that school. So I received the email from Mr. Brown and I responded immediately because I'm very responsible and I know my job really well. So I obey my commands when I know that they are fair. So I responded yes, I will be there. But then I was very curious to know the reasons why he wanted to have a meeting with me. And I asked him, Mr. Brown, could you please tell me the nature of the meeting? Could you clarify to me Why do you want to have a meeting with me? And he wouldn't answer. So I. ▇▇▇▇▇▇▇▇: You were doing this over the email. **Zenaida PEREZ:** Emails. Yes. And I have all the emails. So I emailed him again the next day. Mr. Brown again. Can you please let me know the nature of the meeting? What is this meeting about? And he responded. And I included I said maybe I will need to let my legal advisor know about the situation so that he could ask you what the meeting will be about and then you could have an answer for him. That was another email that I sent him. When I said legal advisor, Mr. Brown responded and he said, um, the meeting is a concern that a parent had. And I said again, what type of concern is that? And then he responded, it's a wellness concern. And then I said, what What kind of wellness concern is that? Maybe I gave them too many candies. Maybe. Yeah. What type of wellness concern? ▇▇▇▇▇▇▇▇: That's No, that's not a concern at all. That sounds. **Zenaida PEREZ:** Yeah, exactly. But what kind of wellness concern could that be? I haven't done anything that would threat the wellness of any child because I'm very loving. I'm

very, very kind and I care a lot for all of my students. So, I really wanted to know the reason why He wanted a meeting with me. ▆▆▆▆▆: Was it unus So it's unusual for the AP to call a meeting? **Zenaida PEREZ:** It is unusual. ▆▆▆▆▆: That's unusual. **Zenaida PEREZ:** It is especially when you know you haven't done anything wrong. ▆▆▆▆▆: Okay. **Zenaida PEREZ:** So finally we had the meeting on December 19th, the day before Christmas break because that's what he always does. ▆▆▆▆▆: Oh yeah. **Zenaida PEREZ:** He always has meetings with me on a Friday at 300 p.m. or at 2. 2:00 p.m. or the day before spring break, the day before winter break always because he's making sure that I do not enjoy my break. That's that is an opinion. ▆▆▆▆▆: That's your perspective. **Zenaida PEREZ:** Yes, that is a perspective, but it's a very clear perspective because it has been happening like that since December 16th. 2 weeks after December the 2nd, you know. Anyway, the thing is that I attended the meeting and my silent witness was Julie Perry. And at the meeting, ▆▆▆▆▆: so it was just the three of you. It was Brown, **Zenaida PEREZ:** Brown, Perry, my silent witness, and myself. And he had ▆▆▆▆▆ another AP from Centerville High School, who is um in charge of the math department. And she was taking notes, ▆▆▆▆▆: okay, **Zenaida PEREZ:** at the meeting. And then when I got at the meeting, uh I was taking notes as well. And I noticed a lot of incoherences, a lot of misleading information that Mr. Brown was talking about because he said, "Sen, on um May on I mean on uh November 25th, ▆▆▆▆▆: okay, **Zenaida PEREZ:** you gave a ride in your private vehicle to ▆▆▆▆▆. ▆▆▆▆▆ is a 9th grade student and um you gave her a ride. You didn't ask anybody to go with you or something. So I uh I told him ▆▆▆▆▆ came to me and she told me that she had missed the school bus because she was going to work about some assignments or something from her teacher. But I told ▆▆▆▆▆ I cannot give you a ride right now. You need uh to talk to somebody. Ask your father or something. So we called her father and her father said yes. give her a ride. Uh, ▆▆▆▆▆: you called the father or or ▆▆▆ called the father. **Zenaida PEREZ:** ▆▆▆ used her cell phone, called him and then I spoke with him. Okay. On her phone. So I spoke with ▆▆▆▆▆ father, and I told him, "Hi, ▆▆▆▆▆." ▆▆▆ missed the school bus. She told me that uh she wanted to do some work for ▆▆▆▆▆ uh government class, another teacher. I don't have ▆▆▆ So in any of my classes and I was I really wanted to go. So, um I will give her a ride and ▆▆▆▆▆ said, "Oh, thank you so much. I really appreciate it." And all that. He said, "I would have to get an Uber for her to bring her back home because I'm in Manasses. I cannot go and pick her up," the father said. And then I said, "Okay, don't worry about it. It's not a problem for me. I will give her a ride." And I took her to her house. And that's all about the story. Later on, uh, Mr. Montel when we had the meeting on the 19th of December, he said that the grandmother had talked to me on the phone and she asked me, "Oh, no, don't uh give her a ride. I will go and pick her up." I know that that is absolutely not true. And then, ▆▆▆▆▆: so the only person you. **Zenaida PEREZ:** The only person that I spoke with was the father, ▆▆▆▆▆. I've never spoken to the grandmother. So, Mr. Brown was making that up for some reason. I don't know why, but anyway, um I noticed that lie. I also noticed the lie about the pregnancy test that Mr. Brown was accusing me of facilitating the logistics for ▆▆▆▆▆ to get a pregnancy test. I never did that either. ▆▆▆▆▆: All right. Talk a little about that because I saw that in the. **Zenaida PEREZ:** in the summary memo. ▆▆▆▆▆: Uhhuh. Talk a little bit about the like where the idea or. **Zenaida PEREZ:** the

pregnancy test. ▇▇▇▇▇: Yeah. How how how that came up? Did did the student talk to you about the pregnancy test scare or whatever. And did you talk about pregnancy? Just talk. Uh. **Zenaida PEREZ:** no, the student didn't tell me about the pregnancy test. ▇▇▇▇▇: Okay. **Zenaida PEREZ:** I didn't uh get involved with any. ▇▇▇▇▇: You didn't know anything about pregnancy anything? **Zenaida PEREZ:** I I never deal I never talked to her about any pregnancies or anything. I I don't care. I mean I'm not a pharmacy. Why would I? Yeah. I mean, and why would they ask her to go and ask me when they have social workers and counselors at school? ▇▇▇▇▇: Yeah. So, those students can talk to those. **Zenaida PEREZ:** Exactly. They can go and talk to the counselors or the social workers or the nurse, but not to me. Why did they send her to me? It looked to me. ▇▇▇▇▇: they sent. **Zenaida PEREZ:** they uh probably the social worker because in 2022 and that's why I said that I have I I was invoking uh retaliation. ▇▇▇▇▇: Okay. **Zenaida PEREZ:** Because I submitted a claim in 2022 about being discriminated against, about being harassed and bullied by a few individuals. And one of those individuals was the social worker Karolina Diaz, who set me up with a pregnancy test situation with a different student. ▇▇▇▇▇: What? So, so thank you for that. I I don't mean to stop you, but I got I got to get my head around what we're talking about here. So, in in 2022, **Zenaida PEREZ:** that's the root of. ▇▇▇▇▇: Karolina Diaz. What you said set you up? What what uh what occurred in 2022? **Zenaida PEREZ:** In 2022, on a day like today, May the 2nd, okay, a student named ▇▇▇▇▇ went to me asking me for a pregnancy test. ▇▇▇▇▇: She the student came to you. **Zenaida PEREZ:** Yes. ▇▇▇▇▇: Asking for pregnancy. A pregnancy test. Why would that be? You're not a pharmacy. **Zenaida PEREZ:** Exactly. I'm not a counselor. I'm not a social worker. I'm not a nurse and I am not a pharmacy to have, you know, supplements for the students. So I I told her, ▇▇▇, I cannot give you any pregnancy tests. Can you please go and ask the social worker because I really know that she has all those things in her office. And she They do. ▇▇▇▇▇: Oh. She does. That's interesting. **Zenaida PEREZ:** Anyway, so she told me, "No, the social worker sent me to ask you to ask a teacher or a friend for a pregnancy test." And all this is in the records because I had ▇▇▇▇▇ as an investigator investigating the case that took place in 2022 in May. Around this time of the year, I was struggling. I was being being harassed. I was being, you know, attending meetings and all that with Chad Leman who used to be the principal at Centerville High School at that point. ▇▇▇▇▇: And now he's pulling the strings again. Executive principal. He's executive principal in region 5. Got it. **Zenaida PEREZ:** Yes. But he was principal at the time. Yes. And he had Yeah. So at that time um I went to I had a meeting with Chad Leman, Michael Parker about this this pregnancy test situation and Mr. Leman told me, "Miss Perez, a pregnancy test is nothing. You're getting it right up and that's it. But an abortion because I told him that Karolina Diaz facilitated an abortion for a student named ▇▇▇▇▇. She is an adult at this time, but in 2020 in 2017, I mean in 2021, I'm sorry, In 2021, November 2021, when she turned 17 years old, she got pregnant. She went to see Karolina Diaz, and she facilitated the appointment and all the logistics for an abortion for ▇▇▇▇▇, who is nowhere to be found at this time because, like I said, she's 23 years old right now or some 20 something like that because now it's 2025 and at that time in 2021, She was 17, so she's 20. 21. Yeah. Anyway, uh Karolina Diaz didn't know that I knew about the abortion. ▇▇▇▇▇: right. **Zenaida PEREZ:** that she had facilitated and I was not going to say anything

because it it didn't involve me at that point. But then when I realized that Karolina Diaz, the social worker, was sending ▇▇▇▇▇▇ to ask me for a pregnancy test, I real realized that it was a setup and then I told Mr. Parker all that about it and then I sent an email about the pregnancy cover up to Mr. Leman and the abortion and all that and he didn't do anything. Mr. Leman didn't do anything. Then in November on 2022 I went back to Mr. Leman and I sat in his office. Okay. ▇▇▇▇▇▇: And I told him, Mr. Leman, what did you mean by the statement? Miss Perez, a pregnancy test is nothing. It is a little write up in your folder and that's it. But a an abortion you are concerning Miss Perez. And then I said to him, "What do you mean?" He said, "I don't remember that conversation with you." And I said, "Oh yes, I knew that you would not remember, but don't worry about it. I have the email that I sent you on May the 16th or so when we had the meeting here in your office and I brought to your attention the social worker provides pregnancy solutions I mean abortions and then they didn't do anything but then at that time he pretended that he was working really hard contacting the nurse and the social worker. ▇▇▇▇▇▇: contacting the nursurse. **Zenaida PEREZ:** to see what they had done about ▇▇▇ ▇▇▇▇▇▇: Okay. The girl that was 17 that had the abortion. Got it. **Zenaida PEREZ:** Yes. And then I asked ▇▇▇▇▇▇, how much did you pay for the abortion? And ▇▇▇ said, "No, nothing. It was free. It was in false church free." And I said, "▇▇▇▇ abortions in this country are absolutely not free. Somebody paid for that." And she said, "I don't know. The social worker make the appointment for me." And her boyfriend, ▇▇▇▇ boyfriend, drove her to false church and she had the abortion. ▇▇▇▇▇▇: I understand. **Zenaida PEREZ:** The uncle didn't know anything. The legal guardian ▇▇▇ legal guardian knew nothing. Absolutely zero because I have evidence and I have it all. I have all the evidence about that. ▇▇▇▇▇▇: Okay. All right. Um I'm sorry. Go ahead. Continue. **Zenaida PEREZ:** So, um then I thought that all all that was left behind the. ▇▇▇▇ ▇▇▇▇ the 2022. **Zenaida PEREZ:** 2022. I thought it was behind me. I really wanted to leave it behind. I had a really good relationship with my direct administrator, Mr. Parker, and he gave me wonderful evaluations last year. I was on sumitative last year. Now, Mr. Brown wants to put me on sumitative evaluation for next year when I haven't done anything wrong with my teaching. All of the standards from 1 through 8 have been absolutely excellent. I am an excellent teacher, by the way. I can share all of my lessons He knows them. He sees them. By the way, he was deleting them from my Google documents. Anyway, I found out the way to recover them. I'm not a a scientific on technology. I'm not. But I can do a lot of good things and I saved my lessons. But Mr. Brown or somebody was sabotaging my lessons. My lessons were disappearing at the very beginning of the school year. I know that somebody body was deleting one day in front of all the students in my first period class. My lessons were going away and then the students were Miss Perez, Miss Perez, the lesson there is only a warm up there. All the learning targets, the exit ticket, all the the reading from Newella, everything was deleted. Boom, boom, boom. And then I said, "What is going on here?" So I had to go with my laptop and ask the specialist technology can you please help me? I need to recover my lesson. So, finally I found how to do it. So, I recover them. But it happened like four or five times during the school year. ▇▇▇▇▇▇: This last school year or this school year? **Zenaida PEREZ:** This one? This school year? No, last school year was beautiful. Everything was harmonious. I got my evaluation. By the way, I was teeming everything because they probably thought that I would not be strong enough. or good teacher enough or I would not be able to use all of my methodology, all of my

strategies to do. But I did I did great. I team taught every single class, five team taught classes and it was excellent. And Mr. Parker, my former evaluator and AP, he gave me very good evaluations, outstanding with the honesty and the truth and the fairness. ▮▮▮▮▮▮▮▮: that every employee deserves. **Zenaida PEREZ:** So that was the situation. So um I would love to know why I have to be on summative next year. And then not only that, Mr. Brown has been writing horrible summary memos about me. And the latest I have I sent it to uh to your attention. That was the two exhibits. Exhibit one that was ▮▮▮▮ Mr. Brown took her out. of her class on March 25th and he asked her why did Miss Perez give you a ride in her car and there is a very strong justific a very strong excuse a very strong reason why I was in my seventh period with another teacher it's my planning time and ▮▮▮▮ came crying Miss Perez Miss Perez she had a panic attack and she is 18 already and that's the same girl that they were using against me back in 2022 with the pregnancy test issue. So this girl ▮▮▮▮▮▮▮▮▮▮ came crying. Miss Perez, Miss Perez, I don't want to leave. I I I am so tired of this situation. Uh she was crying. I said, "What's wrong?" It was almost 300 p.m. the end of 7th. I cannot ride the bus home like this. She was crying a lot. She had a panic attack. And um ▮▮▮▮ was there. with me. She's my witness. And then I said, "Okay, let's uh let's calm down. Come down. Let me talk. Let's talk." And I took her to my room, my classroom, and we were talking. And she said, "Uh, my aunt works at Burger King. I cannot call her. She will not pick up." I said, "Anyway, we have to call her because I'm not giving you a ride. Not me. Not by myself. Because look what they did with ▮▮ So, no." So, I told her, "Let's call your aunt." And And uh we she called her a couple of times. The aunt didn't pick up. She didn't answer. So I said, "Oh my god." And she said, "I really want to leave. I want to leave. Let's go. Let's go." So the bosses had already left. It was like 3:09, 3:10. So we walked in the parking lot towards my car and there was another teacher also getting in his car, ▮▮▮▮▮▮▮▮. He is the teacher who had her in seventh when she had the panic attack and he didn't write her a pass to see the counselor. He didn't send her to the social worker. That is very very strange. **Zenaida PEREZ:** Very I mean it's very very suspicious because it looks like set up to me. Absolutely. So that guy ▮▮▮▮ didn't do anything. He said to her go to the bathroom and wash your face. She went to the bathroom and then she went to see me and that's what happened. So I said okay ▮▮▮▮ I'll take you home. And I took her home and I I got the bait. I took the bait. That was the setup. The next morning, ▮▮▮▮▮▮: this was 3:25. **Zenaida PEREZ:** That was on March 324th. Yeah. 3:24. Because on the 25th, which was a Tuesday, March 25th. It was a bday. ▮▮▮▮ was pulled out of her uh fourth period class. ▮▮▮▮▮▮▮: and questioned by Brown. **Zenaida PEREZ:** Yeah. Interviewed by Mr. Brown. And he also involved ▮▮▮▮. So both of them were asking ▮▮▮▮ what is your relationship with Miss Perez? What is your relationship with Miss Perez? As if Miss Perez was a pedophile or a child molester or something. So ▮▮▮ was kind of scared. No, she gave me a ride home because I had a panic attack or whatever. So um and she explained that she called her aunt and her aunt was at work. work. She couldn't come and get her. So that's why Miss Perez had to give her a ride. And Miss Perez helps me. She said, "Miss Perez is a good teacher. We love her." I mean, and then uh Mr. Brown um told her, "You will not leave this room until you tell me the truth about Miss Perez." And then ▮▮▮▮ said, "But that is the truth. I have a good relationship with Miss Perez. That's all like a student teacher relationship. But what do you want me to tell to say? Yeah. And that's it. An hour there at at 12:00 noon, her aunt came and picked her up and took her home, I guess. Okay. **Zenaida**

**PEREZ:** The next time I saw ▉ was on April the 3 and that is when I had the meeting with Mr. Brown and he told me about the right to ▉ and many other things that I'm going to tell you in a second. Okay. So, uh the situation about ▉ She wrote her statement which is like three or four pages that I already sent it to you as exhibit number two. There is exhibit number one. And exhibit number one is another boy. Mr. Brown wasn't happy about using ▉ against me. So he wanted another setup, another bait. ▉: but he wanted a bigger one. And that one would be using the student ▉. Okay. And he's a student in your class. **Zenaida PEREZ:** Yes. ▉ is in my eighth period English 10 and I team teach USVA and I have him there for fifth fifth period. So he has a very good relationship with me and I have been searching on jobs. I told him, ▉ you need to practice your English because you really need to have a good future. So, a good opportunity for you would be working like in customer service or, you know, customer support where you talk a lot and all that. And then I said, why don't you apply at Costco, Costco wholesale? They always hire like juniors and seniors and you are really nice to the customers so you can practice your English because last year I had another student who went there and he got the job. and he's still there, I believe. So, he said, "Oh, really? Can you write me a reference letter?" And I said, "Yes, I'm going to write you a reference letter. Even better, I'm going to write you another letter for the print the manager, the general manager at Costco at in Fairfax." So, he knows who you are and I am sending you there and all that. So, he was very happy and I told Mr. Brown that. So, Mr. Brown knew that I was helping ▉, also known as ▉. ▉: Okay. ▉ **Zenaida PEREZ:** And he pulled out ▉ out of my eighth period class during that week. ▉: Okay. **Zenaida PEREZ:** And he asked ▉ "▉ you need to ask Miss Perez for a ride to Costco in her car". ▉: Wait, slow down. So, you're saying. **Zenaida PEREZ:** Mr. Brown, Montel D. Brown asked ▉ when he was in my eighth period class. Okay. During the week of April the 3rd, April some April 4th, something like that, he pulled him out and he asked him to ask me for a ride in my private vehicle to Costco to apply for a job there. And then after that, ▉ would go and tell Mr. Brown that I gave him a ride in my car. So, Mr. Brown would be able to write me up again. ▉: Okay. So, And and uh ▉ told you Yes, of course. Mr. Brown told him to ask you for the ride. **Zenaida PEREZ:** Yes, he did. He told me even better. ▉ wrote it. He wrote the truth. ▉ wrote that Mr. Brown pulled him out. That is exhibit number one that I sent you. And he he recorded it too to be even better. Yeah. Yes. And it is somewhere safe. ▉: Yes. It is in a very safe place as a very important key evidence. It is very important. **Zenaida PEREZ:** Mr. Brown has been doing everything in his power to set me up using the students since ▉ on um December 19th when we had that meeting and then ▉ Oh, there is another incident. I helped a family with the car documents. The father. ▉: what what kind of documents. **Zenaida PEREZ:** the father is illegal like registration and uh okay. Yeah insurance and all that I help them the father called me very upset my son needs to go to school Mr. Brown had already told the student ▉ you can come to school driving it's okay lived in uh Fairfax Mr. Brown said, "It's okay because you are an adult. You can drive yourself to school." So, ▉ came told his father. So, his father bought him a car for $1,000 or something and they couldn't drive it because they don't have driver's license or anything. **Zenaida PEREZ:** And then ▉ was absent for a long time, like two weeks almost. And then I was worried because I ▉ and I team teach. ▉ doesn't

speak Spanish. I do. So, I called ▓ father and I asked him, "What's going on? Why isn't ▓ coming to school? He's going to have an F pretty soon on uh where I mean on USVA history, ▓: right"? **Zenaida PEREZ:** And then the father said to me, "Um, yeah, I bought a car for him, but I really need until he gets his driver's license all straight. I really need to um legalize the the papers on the car like um DMV documentation like the um um uh what do you call it the title, ▓: the registration and then the insurance the insurance doesn't do anything if you don't have a title and a registration properly done and I said u ▓ I'm sorry I cannot help you with that and he said yes Miss Perez please please um it's going to be only for a few uh months because ▓ is working on his driver's license right right now. And I said, "Okay, let me think about it. Let me ask my husband." And okay. So, uh, the next day, ▓ came to class with a title. ▓: Okay. **Zenaida PEREZ:** And he said, "Miss Perez, I searched and I found out that if you you can title the car, you can get the registration all fine, and then in a few months, I can uh I can get my driver's license under my name and everything will be okay." And then I asked him, "What about the insurance? You can cannot drive a car without insurance. And then he said, "You can go to DMV. You ask them and they will give you guidance on that." So I went to DMV and I asked and then I said, "This is one of my best students. He's in 11th grade. He needs to graduate." And um and I want to help the family. His father called me uh very upset. He wants him to graduate from high school. So uh the lady told me, "Yeah, that's fine. Uh, unless the car has to be titled, registered, and insured under your name, so that it's legal, my name. So, I said, "Okay, then that's fine." They they the car was fine. The lady told me, "It's legal. It's fine." And then I even asked the SRO at school and he told me that was okay. If it if the car was titled and registered under my name, ▓: okay, **Zenaida PEREZ:** and the insurance too. I went to the insurance and I uh talked to um to the insurance lady and she put ▓ as the second driver. ▓: Okay. But you paid for the insurance. **Zenaida PEREZ:** No, no, no. He pays for the insurance. The family paid for everything. Yeah. His father paid for the insurance. His father paid for um the car. I I didn't spend one penny on that. Um you know, it's not my responsibility to pay for the students insurance or anything like that. So, um the father paid for the insurance and everything was okay. Everything was fine. But then one day, ▓ being a teenager was vaping in the bathroom and Mr. Brown saw him and took his backpack and went straight to the insurance paper and he took the insurance um documentation that had my name on it. ▓: Okay. So, when Mr. Brown saw that, he he felt that he won the lottery because he said, "Oh, here I'm getting Miss Perez fired. Yeah. So, yeah. Anyway, um. ▓: so he Brown took the students backpack and inside the backpack was. **Zenaida PEREZ:** the insurance paper. ▓: Insurance paperwork. **Zenaida PEREZ:** Yeah. Yeah. Exactly. So, he took it to Dr. Healey and immediately Dr. Healey, the principal and Mr. Brown's accomplice. Um Yeah. He immediately emailed me saying performance meeting. They I've always tried to make it look like performance, but my performance as a teacher is infallible. It's absolutely outstanding. All of my lessons are following the curriculum, the pacing guides. My assessments are taken care of. Standard number one, planning and lessons are excellent. Standard number two, assessments outstanding. Standard number three, I know all the standards from 1 through eight. I mean, my students are passing in all of my classes. No one is failing. I don't have any Fs. My students never skip my class. They absol They absolutely love me. I gave them a survey that I'm using for this anonymously and all

of them are extremely nice. Perfect. So, how how is it possible that after 17 years getting excellent evaluations, now I am horrible? And then Mr. Brown and Dr. Healey because every single time Mr. Brown comes up with a horrible, insulting and minimizing and humiliating summary memo against me, calling me all kinds of unprofessional, unethical, dishonest, that I had violated regulations and federal laws and state laws. That is absolutely not true. I've never violated any law or any federal law because everything about of that car was under the regulations and the laws from Virginia and from the US because I I already checked. So anyway, um I I I mean ▮▮▮▮▮▮ I really don't want to overwhelm you with so much information. I know you are doing your job and it is not your fault, but uh yeah, this is what has been happening. And then all those summary memos that have been manufactured and all. ▮▮▮▮▮▮: manufactured you mean? **Zenaida PEREZ:** Yes, they have been analyzing. I requested a freedom of information act for you. I received 105 emails between ▮▮ ▮▮▮▮▮▮, who is the director. ▮▮▮▮▮▮: Yeah. director of region 4 for employee relations. **Zenaida PEREZ:** And what kind of uh employee relations is he fostering when he is absolutely advocating on Mr. Brown's favor and isolating me and putting me making me look like I am the worst teacher in the universe and making me look like I have committed a hundred millions I mean hundreds of violations when that is absolutely untrue and then calling me unprofessional calling me all kinds of names I mean and all those mails. All those summary memos have been masterminded by ▮▮▮▮▮▮. I know it because I have the foyer. ▮▮▮▮▮▮: Okay. **Zenaida PEREZ:** And I got his name on it. And ▮▮▮▮▮▮ violated his code of ethics and his code of confidentiality because as soon as I spoke with him on January the 6th at 8:45 in the morning or so after I received a very threatening email from Mr. Montel D. Brown trying to have one of the hundreds meetings with me. I told ▮▮▮▮▮▮, "Good morning, sir. I don't He doesn't know me. I don't know him, but he sympathizes with Mr. Brown or I don't know, but he's making me look like I'm the worst person in the universe when I am not." I can guarantee you that. ▮▮▮▮▮▮: Okay. And I've always been a good teacher. So, you you a few Thanks. So January 6th, 2025, you were sending email to ▮▮▮▮▮▮. **Zenaida PEREZ:** I called him. ▮▮▮▮▮▮: Pardon me, you called him. **Zenaida PEREZ:** Yeah. And I told him that I had uh asking about this situation and he already knew it because Mr. Brown has made sure that he reaches out to everybody. I think he's looking at my emails or something. He has access to my school emails and I think he also has some kind of recording device in my my room or something because how I mean I don't know on on January the 6th it was a snow day. Everyone was at home. ▮▮▮▮▮▮: Oh. **Zenaida PEREZ:** but Mr. um Jackson and Mr. Brown and Dr. Healey and um all of those people involved in this situation have been very eager to get me suspended without pay and they finally got that. I was suspended. ▮▮▮▮▮▮: You are currently suspended without pay. **Zenaida PEREZ:** Yesterday I was suspended for one day without pay. That's like $700 uh ripoff. Yeah, I'm sorry. I I don't mean ripoff because they think it is true what Mr. I'm not accusing FCPS. I'm not saying because they they believe Mr. Brown whatever he has been writing and ▮▮▮▮ ▮▮▮▮▮▮ has been manufacturing all the write ups to make them look really good, really incriminatory against the poor teacher, Miss Perez, who has no connections. No one can pull any strings for me. Yeah. ▮▮▮▮▮▮: All right. The suspension was yesterday. **Zenaida PEREZ:** It was on May the 1st, 2025. Suspension without pay. ▮▮▮▮▮▮ ▮▮▮▮▮▮ Yeah. So now it's monetary damages. Yeah. Okay. Um what what else do you have? **Zenaida**

**PEREZ:** Um I have uh Mr. Brown observed my lesson. It was an ELD3 lesson. on February 27th and he did not it was not a walk through because he sat in my room for 20 minutes. ▮: That's uh unusual is what you. **Zenaida PEREZ:** Yeah. very unusual and I am not on summative assessment this year like I said my last evaluation that every I mean I submitted a copy of my evaluation from last year was outstanding. It doesn't need improvement in any kind of uh of standard. I've never violated any of the standards and um that's the reason why I am revoking that and that's why I wanted to seek for legal advice lawyers. Yes. Um I know it is a tremendous I mean annoying and overwhelming to hire lawyers but I haven't had any other choice. ▮: So you you have hired a lawyer? **Zenaida PEREZ:** Yes. ▮: And what are you going to are you uh have you filed any I don't know any motions in court. Have you done any What have you done? **Zenaida PEREZ:** I already have a complaint with EOC. ▮: EOC. Okay. Mhm. Have you had a hearing over there yet? **Zenaida PEREZ:** Yes. ▮: Okay. And when are they going to let you know? **Zenaida PEREZ:** Um they are working on it. ▮: Okay. All right. One of the things that I need you to explain to me a little bit bit. You're right. This is a lot of information and thank you for providing it. I'm doing the best I can to keep up with you. Um, you've talked about the um social worker, you've talked about Brown targeting you. What why do you think that is? Is it because of 2022 business that? **Zenaida PEREZ:** in 2022 Mr. Brown was in college. I I guess because Mr. Brown is only 27 years old. ▮: Okay. **Zenaida PEREZ:** Okay. I don't know where Mr. Brown was in 2022, but definitely Mr. Brown was not at Centerville High School. ▮: Right. **Zenaida PEREZ:** So, Mr. Brown had nothing to do with my complaint that I filed with the Office of Employee Relations, better known as EER. At that point, my investigator was ▮. Got it. ▮: I don't know if he's still with FCPS. **Zenaida PEREZ:** but anyway. The thing is that at the end ▮ told me and I understood his point that um the situation was supposed to be handled at school. It was supposed to be mediated, you know, conversations. Yeah, it was. I mean, I was fine. I I talked to my former AP, Mr. Parker. Mr. Parker, I'm looking forward to working with you next year. I I really like him. I mean, I am a person who is very forgiving. At this point, it's going to be very difficult for me to forget. That is the situation that is happening. I believe that I should forgive if I want to be forgiven in life because everyone makes mistakes in life. We are not perfect. We all make mistakes. Maybe I should I should have never given a ride to ▮ to start with. I should have let her father give her an Uber or something to avoid all this situation. That would have avoided the conversations and the uh animosity that started with Mr. Brown because I was defensive at that point. ▮: I see. **Zenaida PEREZ:** But the thing is that things have escalated to a point that I feel harassed, bullied, intimidated, chased, abused, and then this situation has made Mr. Brown get obsessed with me. For instance, Mr. Brown called ▮ ▮ family on December 27th during winter break. Have you ever seen an administrator calling a family, one of the students families during winter break? I would I have never seen that in my life. Why was Mr. Brown calling? The student told me because she really cares about the teacher who loves her and that's me. And the student ▮ told me Miss Perez. Mr. Brown called my mom and my dad on on December 27th. And I said, "Why would he do that?". ▮: Okay. **Zenaida PEREZ:** And she said, "He said that to wish us happy holidays, but I don't believe it." She told me that. And she also told me, "I feel really uncomfortable with Mr. Brown pulling me out and asking me to lie about you." She said that.

That's the first victim. I call the victims. I call the students victims because they are being victimized by a very unprofessional, very obsessive person who is Mr. Brown. I used to like him when he got the position because I thought he would be nice, fair. I thought I thought so. I always give people a chance. I I never never judge anybody. But now I see how wrong I was because he has been targeting me. And then when I ask, there was one email that I sent and I was asking why are you targeting me? Why am I being harassed? What did I do? And then he sent me another email saying, "Oh, you are being dismissive now to the point you are uh accusatory. You are using inflammatory language." And I searched and I said, "I am not using inflammatory language. I'm not accusing anyone of anything that has never happened. I mean it is absolutely clear to me that he has been scheduling meetings with me without reasons without telling me why he has been telling the students like ▮▮▮▮ asked her for a ride to Costco in her private vehicle. That is absolutely off the scale because that is absolutely a setup. If that is not a set up then. What is a setup? I mean that is absolutely a setup. Another setup when he asked ▮▮▮▮ and the other girl ▮▮▮▮ to go to me and ask for rights and I know that's what happened. So I'm tired of being set up. So I responded to him the way I should have. And I told him I'm going to accuse you of abuse of power because he has been abusing his power over me big time. I I'm going to accuse you of civil rights violations because I. ▮▮▮▮ : You sent all this in an email. You said to him. Okay. **Zenaida PEREZ:** Yeah. Violations. My civil rights have been violated. Every time I self advocate, I get another write up with more consequences. My civil right is to ask what is the nature of this meeting? That is a civil right that I have as an individual. And he violated it by saying that I was insubordinate. So I cannot open my mouth. I cannot advocate for myself. That is absolutely wrong what he has been doing. I tried to have a mediation with him when I wrote my first summary memo. **Zenaida PEREZ:** and I said that I am willing to work collectively with my department with him. But then he continued sending me emails and setting me up with the students. So then my last attempt to to get away from this was applying for a job at Justice High School, which is like 40 minutes away from my house because I live half a mile from Centerville. But I was even willing to relocate to uh Falls Church where Justice High School is. And when I showed up for the interview, they told me, "Oh, you have a job for next year at Centerville High School. I cannot we cannot interview you." Because Mr. Brown probably reached out to them because they already have a plan and their plan is to have me on summative assessment for next year so that at the end of the year they will say do not reappoint. They are they are planning to not reappoint me for next year at the end of next year at the end of next year. So they are they are going to let me stay under very horrendous circumstances under harassment, bullying, abuse of power, civil rights violations and so on and so forth for next year. Really no way. I really don't want to sue anyone, but you know what I'm saying, you know. ▮▮▮▮ : So, um, did you try to do that? This is just a sidebar. Did you try to do that uh transfer? Uh, that that was your when you talked about the job at justice that was in the transfer. **Zenaida PEREZ:** No, transfer uh was over on April 7th, I believe. ▮▮▮▮ : Okay. **Zenaida PEREZ:** Because that is exactly what the AP told me from Justice High School, ▮▮▮▮ she's very nice. And the other lady that was um the um department chair, uh ▮▮▮▮ called, I forgot the last name. It's like Italian last names. Beautiful. Uh she told me, "Miss Perez, we would love to interview you, but then ▮▮▮▮ told me, I can't." And then I emailed ▮▮▮▮ . ▮▮▮▮ : okay, employment specialist here, okay, in human resources, and he told me that unfortunately after

the. **Zenaida PEREZ:** because the window closed. ▇▇▇▇▇: Yes. Yeah. Mm- So, but then Miss Ley was going to interview me because she thought I was being distaffed. Then I should get dist. Can I get this staffed? Is that an opportunity for me to get out of there? Because to be honest with you, that would be a lot better than suing Mr. Brown and Dr. Healey because I'm going to I am I'm determined. I'm determined to continue fighting for my rights and I know that I have rights and I know for sure that I have not done anything that deserves the punishment of getting suspended for one day without pay. That is absolutely not right. ▇▇▇▇▇: Okay, that's a civil right violation. Okay. All right. Anything else? **Zenaida PEREZ:** No, I mean I I do you have any questions for me? ▇▇▇▇▇: I got a lot to digest. Thank you. Um, thanks for the time. **Zenaida PEREZ:** Thank you. Thank you for having me. I know. I know. It's. and and thank you for retaking the investigation because uh Yeah. ▇▇▇▇▇: All right. Last things. I need I need a good phone number for you. **Zenaida PEREZ:** ▇▇▇▇▇. ▇▇▇▇▇: And you're in East teacher, Centerville High School. **Zenaida PEREZ:** Yes. ▇▇▇▇▇: How long have you been in that position? **Zenaida PEREZ:** I have been an ESOL teacher with FCPS for 17 years. ▇▇▇▇▇: How long at Centerville? **Zenaida PEREZ:** At Centerville since 2017. ▇▇▇▇▇: Okay. And Montel Brown is your supervisor. **Zenaida PEREZ:** He is my administrator. ▇▇▇▇▇: All right. And how long has he been your administrator? **Zenaida PEREZ:** Uh since August 2024. So 8 months. ▇▇▇▇▇: Oh, so he's new. Yeah, he's new. Pretty new to the job. **Zenaida PEREZ:** He's brand new. And Dr. Healey, the principal, is new, too. Okay. And they are both ganging up against me. And then they even reached out to ▇▇▇▇▇. Um, I'm going to give you all the names. ▇▇▇▇▇. They reached out to ▇▇▇▇▇. They reached out to um ▇▇▇▇▇ They reached out to ▇▇▇▇▇. They reached out to ▇▇▇▇▇. They reached out to ▇▇▇▇▇ who has been manufacturing my uh summary memos. And they have been reaching out to almost everyone, everyone possible to get me fired. And then they have been saying in every single summary memo that it They, this is literal. They say they reiterate the fact that I am not a good ESOL teacher. That's what they have been saying constantly in all of their summary memos every single time. And that is dismissal costs also. That's another one. And then that I'm very unprofessional and all those insults against me. Yeah. because they had very big hopes. ▇▇▇▇▇: And you said they are sending email to all these different people. Who's the they? Is that Brown and Healey? **Zenaida PEREZ:** Yes. Okay. Um ▇▇▇▇▇, I also wanted to bring to your attention something else. You know, there is an ongoing investigation about Chad Leman. Um and Jul it's Julie Perry and I am one of the witnesses and I already had uh an interview with um those lawyers that have been out from outside the county. ▇▇▇▇▇: and um ▇▇▇▇▇ and uh ▇▇▇▇▇. **Zenaida PEREZ:** Okay. And they represent they are they represent a very strong law firm from Richmond, one of the biggest in the country which is um what's um what's the name of that? Yeah. Um they are related to ▇▇▇▇▇ emailed me and I was one of the witnesses who gave statements. ▇▇▇▇▇: about Chad Leman. **Zenaida PEREZ:** in Julie Perry. Yes. In Julie Perry's case, I'm a witness because I have been abused and I have been retaliated against by Chad Leman. Chad Leman is one of the most corrupt administrators I've ever met in my entire life. He gives jobs to his friends and he covered up for an illegal abortion facilitated by Karolina Via as the social worker. I just

wanted to conclude this interview by letting you know that. ▮: Thank you. **Zenaida PEREZ:** Yes. Thank you. That was a lot, huh? ▮: I'm sorry. No, that that's why we asked you to come here. Okay. Anything else? That seems like enough. **Zenaida PEREZ:** I have told you I have drunk most of my water. Well, that that's how you know you you've done good work. Thank you for having me here and my witness. I appreciate your time. ▮: Good. **Zenaida PEREZ:** And uh I appreciate that you are taking care of this situation. ▮: I'm working on it. Um this ends the interview. It's three o'clock.