**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| **ZENAIDA PEREZ,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:25-cv-2126-AJT-IDD** |
| | ) | |
| **FAIRFAX COUNTY SCHOOL BOARD,** *et al.* | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## NOTICE OF HEARING

Please take notice that on <u>Wednesday, March 4, 2026</u>, at 10:00 a.m. or as soon thereafter as counsel may be heard, Defendants, through undersigned counsel, will appear before this Honorable Court, in the United States District Courthouse, 401 Courthouse Square, Alexandria, Virginia, 22314, and request the Court to rule on Defendants' Motion to Dismiss (ECF 35).

Dated: February 4, 2026

Respectfully submitted,

<u>/s/ Edward Lee Isler</u>
Edward Lee Isler, Va. Bar 27985
Micah E. Ticatch, Va. Bar 83351
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Tel: (703) 748-2690
Fax: (703) 748-2695
Email: <u>eisler@islerdare.com</u>
Email: <u>mticatch@islerdare.com</u>

M. Sean Royall, *pro hac vice*
Lucas M. Fields, *pro hac vice*
Zoe M. Beiner, *pro hac vice*
KING & SPALDING LLP
1700 Pennsylvania Ave., NW, Suite 900
Washington, D.C. 20006
Tel: (202) 626-2627
Fax: (202) 626-3737

Email: sroyall@kslaw.com
Email: lfields@kslaw.com
Email: zbeiner@kslaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

Monique A. Miles
Virginia Bar No. 78828
OLD TOWNE ASSOCIATES, P.C.
201 N. Union Street
Suite 110
Alexandria, Virginia 22314
Tel: (703) 519-6810
Email: mmiles@oldtowneassociates.com

Steven H. Aden, *pro hac vice*
Virginia Bar No. 48036
AMERICANS UNITED FOR LIFE
1150 Connecticut Ave., NW
Suite 500
Washington, D.C. 20036
Email: Steven.Aden@aul.org
*Counsel for Plaintiff*

*/s/ Edward Lee Isler*
Edward Lee Isler, Va. Bar No. 27985
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Tel: (703) 748-2690
Fax: (703) 748-2695
Email: eisler@islerdare.com

*Counsel for Defendants*