UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ZENAIDA PEREZ, ) | |
| ) | |
|    *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. 1:25-cv-2126-AJT-IDD |
| ) | |
| FAIRFAX COUNTY SCHOOL BOARD, *et al.* ) | |
| ) | |
|    *Defendants.* ) | |
| ) | |

**NOTICE OF WITHDRAWAL OF INITIAL MOTION TO DISMISS (ECF 12)**

Defendants Fairfax County School Board, Montell Brown, Chad Lehman, Erik Healey, and Michelle Reid (collectively, "Defendants"), by and through their undersigned counsel, hereby withdraw their initial Motion to Dismiss (ECF 12) ("Initial Motion to Dismiss"), and note the following:

1. On November 25, 2025, Plaintiff filed her First Amended Complaint (ECF 6).

2. On December 16, 2025, Defendants filed their Initial Motion to Dismiss as to each of the claims asserted in the First Amended Complaint.

3. On January 20, 2026, the Court granted Plaintiff's Unopposed Motion for Leave to File a Second Amended Complaint (ECF 28) by Order dated January 20, 2026 (ECF 30), and accepted Plaintiff's Second Amended Complaint (ECF 31) as the operative pleading.

4. On February 3, 2026, Defendants filed a Motion to Dismiss as to each of the claims asserted in the Second Amended Complaint (Dkt 35) ("Second Motion to Dismiss"). The Second Motion to Dismiss is scheduled for hearing on March 4, 2026 (ECF 38).

5. Given the pending Second Motion to Dismiss, it is unnecessary for the Court to rule on the Initial Motion to Dismiss, which is currently set for hearing on February 11, 2026 (ECF 15).

6. Plaintiff consents to the withdrawal of the Initial Motion to Dismiss.

WHEREFORE, Defendants hereby give notice that the Initial Motion to Dismiss ECF 12) is withdrawn and the Hearing scheduled for February 11, 2026 on such motion (ECF 15) is therefore mooted and should be cancelled.

Dated: February 4, 2026

Respectfully submitted,

/s/ Edward Lee Isler
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Tel: (703) 748-2690
Fax: (703) 748-2695
Email: eisler@islerdare.com
Email: mticatch@islerdare.com

M. Sean Royall, *pro hac vice*
Lucas M. Fields, *pro hac vice*
Zoe M. Beiner, *pro hac vice*
KING & SPALDING LLP
1700 Pennsylvania Ave., NW, Suite 900
Washington, D.C. 20006
Tel: (202) 626-2627
Fax: (202) 626-3737
Email: sroyall@kslaw.com
Email: lfields@kslaw.com
Email: zbeiner@kslaw.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of February 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

>Monique A. Miles
>Virginia Bar No. 78828
>OLD TOWNE ASSOCIATES, P.C.
>201 N. Union Street, Suite 110
>Alexandria, Virginia 22314
>Tel: (703) 519-6810
>Email: mmiles@oldtowneassociates.com
>
>Steven H. Aden, *pro hac vice*
>Virginia Bar No. 48036
>AMERICANS UNITED FOR LIFE
>1150 Connecticut Ave., NW, Suite 500
>Washington, D.C. 20036
>Email: Steven.Aden@aul.org
>
>*Counsel for Plaintiff*

>/s/ Edward Lee Isler
>Edward Lee Isler, Va. Bar No. 27985
>ISLER DARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>Tel: (703) 748-2690
>Fax: (703) 748-2695
>Email: eisler@islerdare.com
>
>*Counsel for Defendants*