85IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ZENAIDA PEREZ, | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-2126-AJT-IDD |
| | ) | |
| FAIRFAX COUNTY | ) | |
| SCHOOL BOARD, et al. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It is hereby

**ORDERED** that the hearing on Defendants' Motion to Dismiss, [Doc. No. 35] currently scheduled for March 4, 2026, be, and the same hereby is, **CONTINUED** to Thursday, March 5, 2026 at 9:00 a.m. in Courtroom 900.

The Clerk is directed to send a copy of this Order to all counsel of record.

February 20, 2026
Alexandria, Virginia

_____
Anthony J. Trenga
Senior U.S. District Judge