IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| ZENAIDA PEREZ, | |
| Plaintiff, | |
| v. | Case No. 1:25-cv-02126-AJT-IDD |
| FAIRFAX COUNTY SCHOOL BOARD, et al., | |
| Defendants. | |

**PLAINTIFF'S CONSENT MOTION FOR LEAVE
TO APPEAR WITHOUT LOCAL COUNSEL**

**PLAINTIFF**, Zenaida Perez, by and through the undersigned counsel, and pursuant to Local Rule 83.1(D)(1) and (F), hereby moves the Court for an order granting Steven H. Aden leave to appear without local counsel before the Honorable Anthony J. Trenga, Senior Judge, on March 5, 2026 at 10:00 am.  In support of her Motion, Plaintiff submits as follows:

1. Steven H. Aden was granted admission, *pro hac vice*, before this Court on December 23, 2025.  (ECF No. 18)

2. Mr. Aden is co-counsel in this matter.

3. Mr. Aden is familiar with the Local Rules of this Court and the requirements set forth under Local Civil Rule 83.1.

4. The hearing on Defendants' Motion to Dismiss (ECF No. 35) was originally set for March 4, 2026. (ECF No. 38) On February 19, 2026, counsel received notice via ECF that the Court reset the hearing to March 5, 2026, at 10:00 am. Plaintiff's local counsel, Monique Miles, has a scheduling conflict with that date and all dates that week, as she has a trial she must attend.

5. In light of the scheduling conflict, Ms. Miles is respectfully requesting to be excused from attending the hearing with Judge Trenga, and that Mr. Aden be permitted to speak on behalf of Plaintiff Zenaida Perez at the March 5, 2026, motion hearing.

6. On February 18, 2026, Plaintiff's counsel conferred with Defendants' counsel to confirm that they do not object to the relief sought by this motion. On February 19, 2026, Defendants' counsel informed Plaintiff's counsel that they consent to the motion.

WHEREFORE, Plaintiff respectfully requests, under consideration of the foregoing, that this Court grant Plaintiff's Consent Motion for Leave to Appear Without Local Counsel.

Dated: February 23, 2026				Respectfully submitted,

*/s/ Monique A. Miles*
Monique A. Miles
Virginia Bar No. 78828
Old Towne Associates, P.C.
201 N. Union Street, Suite 110
Alexandria, VA 22314
T: (703) 519-6810
mmiles@oldtowneassociates.com
Local Counsel for Plaintiff

Steven H. Aden, *pro hac vice*
VSB #: 48036
Americans United for Life
1150 Connecticut Ave., N.W. Ste. 500
Washington, DC 20036
Ph: 202.741.4917
steven.aden@aul.org
**Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of February, 2026, a true and correct copy of the foregoing has been provided by electronic notification through the CM/ECF System, which will send notice to the parties to this litigation as follows:

>Edward Lee Isler
>VSB #:27985
>Micah E. Ticatch
>VSB #: 83351
>IslerDare, PC
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>Tel: (703) 748-2690
>eisler@islerdare.com
>mticatch@islerdare.com
>
>M. Sean Royall, *pro hac vice*
>Lucas M. Fields, *pro hac vice*
>Zoe M. Beiner, *pro hac vice*
>KING & SPALDING LLP
>1700 Pennsylvania Avenue, NW
>Suite 900
>Washington, D.C. 20006
>(202) 626-2994
>sroyall@kslaw.com
>lfields@kslaw.com
>zbeiner@kslaw.com
>
>*Counsel for Defendants*

                */s/ Monique A. Miles*