# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| ZENAIDA PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>FAIRFAX COUNTY SCHOOL BOARD, et al.,<br><br>    Defendants. | Case No. 1:25-cv-02126-AJT-IDD |

## [PROPOSED] ORDER

**UPON CONSIDERATION** of Plaintiff's Consent Motion for Leave to Appear Without Local Counsel, it is hereby

**ORDERED** that Plaintiff's Motion is GRANTED.

Date:_____

_____
Honorable Anthony J. Trenga
United States District Court Judge

Alexandria, VA