UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| ZENAIDA PEREZ,<br><br>　　Plaintiff,<br><br>v.<br><br>FAIRFAX COUNTY SCHOOL BOARD, et al.,<br><br>　　Defendants. | Case No. 1:25-cv-02126-AJT-IDD |

**ORDER**

**UPON CONSIDERATION** of Plaintiff's Consent Motion for Leave to Appear Without Local Counsel, it is hereby

**ORDERED** that Plaintiff's Motion is GRANTED.

February 25, 2026
Alexandria, VA

_____
Anthony J. Trenga
Senior U.S. District Judge