# CIVIL MOTION MINUTES

Date: 03/05/26                                                                                   Judge:   Trenga
                                                                                                          Reporter: R. Stonestreet

Time:  11:57 am – 1:13 pm

Civil Action Number: 1:25cv2126

 Zenaida Perez                     vs.   Fairfax County Public Schools et al

Appearances of Counsel for        ( X ) Pltf        (X ) Deft

**Plaintiff Counsel**: Monique Miles
                       Steven Aden


**Defendant Counsel**: Lucas Fields
                       Michael Royall
                       Edward Isler


 #35 Defendant Motion to Dismiss for Failure to State a Claim


Argued &
(  ) Granted    (   ) Denied (  ) Granted in part/Denied in part
(  )Held in Abeyance (X ) Taken Under Advisement   (  ) Continued to (  ) Overruled

(  ) Memorandum Opinion to Follow

(  )  Order to follow