85IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ZENAIDA PEREZ, | ) |
| | ) |
| | ) |
| v. | ) Civil Action No. 1:25-cv-2126-AJT-IDD |
| | ) |
| FAIRFAX COUNTY | ) |
| SCHOOL BOARD, *et al.*, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

It is hereby

**ORDERED** that the final pretrial conference currently scheduled for May 21, 2026, be, and the same hereby is, **CONTINUED** to Thursday, May 28, 2026 at 10:00 a.m.

The Clerk is directed to send a copy of this Order to all counsel of record.

March 13, 2026
Alexandria, Virginia

_____
Anthony J. Trenga
Senior U.S. District Judge