IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ZENAIDA PEREZ,

    Plaintiff,

v.

FAIRFAX COUNTY
SCHOOL BOARD, et al.,

    Defendants.

Civil Action No. 1:25-cv-02126-AJT-IDD

**NOTICE OF APPEAL**

Notice is hereby given that Zenaida Perez, Plaintiff above-named, hereby appeals to the United States Court of Appeals for the Fourth Circuit the Order entered in this action on the 8th day of May, 2026.

The notice of appeal is limited to the portion of the Order that entered judgment against Plaintiff on the following counts:

1. Count II: Fraud and Abuse Whistle Blower Protection Act, Va. Code Ann. §§ 2.2-3009 to -3014;

2. Count IV: Right to Free Speech/Retaliation, Va. Const. art. I, § 12; and

3. Count V: Right to Free Speech/Retaliation, U.S. Const. amend. I and 42 U.S.C. § 1983.

Plaintiff does not appeal the remaining portion of the Order, which grants the Defendants' Motion to Dismiss for Failure to State a Claim on Count I: Retaliation in Violation of the Virginia

1

Whistleblower Protection Law, Va. Code Ann. § 40.1-27.3—and Count III—defamation *per se*.

Respectfully submitted,

By Counsel:



Monique A. Miles, Esq.
VSB #: 78828
Old Towne Associates, P.C.
201 N. Union Street, Ste. 110
Alexandria, Virginia 22314
Ph: 703-519-6810
mmiles@oldtowneassociates.com

_____

Steven H. Aden, Esq. (*pro hac vice*)
VSB #: 48036
AMERICANS UNITED FOR LIFE
1150 Connecticut Ave., N.W., Ste. 500
Washington, DC 20036
Tel: 202-741-4917
Steven.Aden@aul.org

*Counsel for Plaintiff*

Dated: June 5, 2026

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 5, 2026, a true and correct copy of the foregoing has

been provided by electronic notification through the CM/ECF System, which automatically sends

notice to the parties to this litigation:

Edward Lee Isler
VSB #: 27985
Micah E. Ticatch
VSB #: 83351
IslerDare, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Tel: 703-748-2690
eisler@islerdare.com
mticatch@islerdare.com

M. Sean Royall, *pro hac vice*
Lucas M. Fields, *pro hac vice*
Zoe M. Beiner, *pro hac vice*
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006
202-626-2994 (or -2627?)
sroyall@kslaw.com
lfields@kslaw.com
zbeiner@kslaw.com

*Counsel for Defendants*

*/s/ Monique A. Miles*

3