FILED: June 10, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 26-1736
(1:25-cv-02126-AJT-IDD)

———————————

ZENAIDA PEREZ

        Plaintiff - Appellant

v.

FAIRFAX COUNTY PUBLIC SCHOOLS, School Board; MONTELL BROWN, individually and in his official capacity as Assistant Principal of Centreville High School; CHAD LEHMAN, individually and in his official capacity as Former Principal of Centreville High School; ERIK HEALEY, individually and in his official capacity as Principal of Centreville High School; MICHELLE REID, individually and in her official capacity as Superintendent of Centreville High School

        Defendants - Appellees

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:25-cv-02126-AJT-IDD |
| Date notice of appeal filed in originating court: | 06/05/2026 |
| Appellant(s) | Zenaida Perez |
| Appellate Case Number | 26-1736 |
| Case Manager | K. Hancock 804-916-2702 |