**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **ZENAIDA PEREZ,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **Case No. 1:25-cv-2126-AJT-IDD** |
| | ) | |
| **FAIRFAX COUNTY SCHOOL BOARD,** *et al.* | ) | |
| | ) | |
| *Defendants.* | ) | |

**FED. R. APP. P. 10(b)(3)(B) DESIGNATION OF HEARING TRANSCRIPT**

NOTICE is hereby given that Fairfax County School Board, Montell Brown, Chad Lehman, Erik Healey, and Michelle Reid (collectively "Defendants") designate the transcript of the March 5, 2026 hearing on Defendants' Motion to Dismiss as necessary for Plaintiff's appeal, and that it should be transcribed and included in the record, pursuant to Federal Rule of Appellate Procedure 10(b)(3)(B).

Dated: July 6, 2026

Respectfully submitted,

*/s/ Edward Lee Isler*
Edward Lee Isler
Virginia Bar No. 27985
Micah E. Ticatch
Virginia Bar No. 83351
**ISLER DARE, P.C.**
1945 Old Gallows Road
Suite 650
Vienna, Virginia 22182
Tel: (703) 748-2690
Fax: (703) 748-2695
Email: eisler@islerdare.com
Email: mticatch@islerdare.com

M. Sean Royall, *pro hac vice*
Lucas M. Fields, *pro hac vice*
Zoe M. Beiner, *pro hac vice*

**KING & SPALDING LLP**
1700 Pennsylvania Ave., NW
Suite 900
Washington, D.C. 20006
Tel: (202) 626-2627
Fax: (202) 626-3737
Email: sroyall@kslaw.com
Email: lfields@kslaw.com
Email: zbeiner@kslaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

Monique A. Miles
Virginia Bar No. 78828
**OLD TOWNE ASSOCIATES, P.C.**
201 N. Union Street
Suite 110
Alexandria, Virginia 22314
Tel: (703) 519-6810
Email: mmiles@oldtowneassociates.com

Steven H. Aden, *pro hac vice*
Virginia Bar No. 48036
**AMERICANS UNITED FOR LIFE**
1150 Connecticut Ave., NW
Suite 500
Washington, D.C. 20036
Tel: (703) 638-9731
Email: Steven.Aden@aul.org
*Counsel for Plaintiff*

*/s/ Edward Lee Isler*
Edward Lee Isler
Virginia Bar No. 27985
**ISLER DARE, P.C.**
1945 Old Gallows Road
Suite 650
Vienna, Virginia 22182
Tel: (703) 748-2690
Fax: (703) 748-2695
Email: eisler@islerdare.com
*Counsel for Defendants*

3